UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

G.H., *et al.*,

        Plaintiffs,

v.

        Case No.: 4:19-cv-431-MW/MJF

SIMONE MARSTILLER, *et al.*,

        Defendants.

_____

**JOINT MOTION FOR ENTRY OF (PROPOSED)
<u>STIPULATED CONFIDENTIALITY ORDER</u>**

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs G.H., R.L., and B.W. (Plaintiffs), and Defendants, Simone Marstiller, in her official capacity as Secretary of the Florida Department of Juvenile Justice, and the Florida Department of Juvenile Justice (Defendants), by and through their undersigned counsel, hereby jointly move this Court for entry of the proposed Stipulated Confidentiality Order (attached as Exhibit A) and state as follows:

      1.    As part of an upcoming production from Defendants on March 6, 2020, the parties anticipate that they will need to exchange information that they may wish to keep confidential. For example, this can include certain records and information maintained by the Florida Department of Juvenile Justice which

relates to the confinement of children in secure juvenile detention centers around the state. Therefore, the parties have negotiated the attached Stipulated Confidentiality Order which explains the parties' agreement, the procedures for handling confidential documents, and the mechanism for determining confidentiality. The parties believe that this Order will facilitate the efficient exchange of documents during discovery. Thus, the parties respectfully request that the Court enter the attached Stipulated Confidentiality Order.

2. **Certificate of Word Limit**: Pursuant to N.D. Local Rule 7.1(F), the undersigned counsel hereby certify that this motion contains 227 words.

WHEREFORE, the parties jointly respectfully request that the Court enter the parties' proposed Stipulated Confidentiality Order in this case.

Dated: March 2, 2020                                      Respectfully submitted,

| s/ Andrea Costello | s/ Jonathan B. Trohn |
|---|---|
| Andrea Costello | Jonathan B. Trohn |
| Fla. Bar No. 532991 | Fla. Bar No. 0880558 |
| Christopher M. Jones | J.trohn@cttalaw.com |
| Fla. Bar No. 994642 | J.Kirkland@cttalaw.com |
| Jennifer Painter | K.Cassatta@cttalaw.com |
| Fla. Bar No. 110966 | S.Strickland@cttalaw.com |
| Aimee Lim | Hank B. Campbell |
| Fla Bar No. 116209 | Fla. Bar No. 434515 |
| Florida Legal Services | h.campbell@cttalaw.com |
| 122 E. Colonial Drive, Suite 100 | r.roop@cttalaw.com |
| Orlando, FL 32801 | p.lizotte@cttalaw.com |
| Telephone: (407) 801-0332 (direct) | Robert Arranda |
| andrea@floridalegal.org | Fla. Bar No. 988324 |
| christopher@floridalegal.org | r.aranda@cttalaw.com |

jennifer.painter@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Laura A. Ferro
Fla. Bar No. 1015841
Florida Justice Institute, Inc.
100 SE 2nd St., Ste 3750
Miami, FL 33131
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
lferro@floridajusticeinstitute.org


Kelly Knapp
Fla. Bar No. 1011018
Leonard J. Laurenceau
Fla. Bar No. 106987
Southern Poverty Law Center
1701 South Florida Avenue
4770 Biscayne Blvd., Suite 760
Miami, FL 33137
Telephone: (786) 347-2056
kelly.knapp@splcenter.org
leo.laurenceau@splcenter.org

Shalini Goel Agarwal
Fla. Bar No. 90843
Southern Poverty Law Center
106 East College Ave., #1010
Tallahassee, FL 32302
Telephone: (850) 521-3024
shalini.agarwal@splcenter.org

Lisa Graybill*
Texas Bar No. 24054454
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170

r.roop@cttalaw.com
John Marc Tamayo
Fla. Bar No. 030910
j.tamayo@cttalaw.com
m.cunningham@cttalaw.com
Elliott V. Mitchell
Fla. Bar No. 118342
e.mitchell@cttalaw.com
Barbara Davis
Fla. Bar No. 976301
b.davis@cttalaw.com
u.crews@cttalaw.com
Jennifer Vasquez
Fla. Bar. No. 71942
j.vasquez@cttalaw.com

Campbell Trohn Tamayo &
Aranda
Lakeland, Florida 33803
(863) 686-0043 (phone)
(863) 616-1445 (Facsimile)

**Attorneys for Defendants**

3

Telephone: (334) 549-0498
lisa.graybill@splcenter.org

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**