UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

G. H., a minor, by and through
his parent and legal guardian,
Gregory Henry, et al.,

      Plaintiffs,

v.         Case No. 4:19cv431-MW/MJF

SIMONE MARSTILLER, in her
official capacity as Secretary of
the Florida Department of
Juvenile Justice, et al.,

      Defendants.
_____/

## ORDER AMENDING SCHEDULING AND MEDIATION ORDER

This Court has considered, without hearing, the Joint Motion to Modify Scheduling Order. ECF No. 42. The motion is **GRANTED** and this Court amends the Scheduling and Mediation Order of December 17, 2019, ECF No. 23, by accepting the proposed deadlines as set forth below:

| | |
|---|---|
| Class Certification Motion | October 11, 2020 |
| Defendants' response | November 18 2020 |
| Plaintiffs' reply | December 4, 2020 |
| Plaintiffs' expert reports | March 5, 2021 |
| Defendants' rebuttal reports | April 19, 2021 |
| Plaintiffs' rebuttal reports | May 21, 2021 |

1

| | |
|---|---|
| **Close of Discovery** | **July 2, 2021** |
| **Summary judgment motions** | **August 30, 2021** |
| Daubert motions | September 30, 2021 |

**SO ORDERED on April 24, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**
