UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

G.H., *et al.*,

          Plaintiffs,

                    Case No.: 4:19-cv-431-RH/MJF

v.

JOSEFINA TAMAYO, *et al.*,

          Defendants.

_____

**PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, by and through their undersigned counsel, hereby file the following Exhibits in support of their Motion for Class Certification:[1]

| Exhibit No. | Description |
| --- | --- |
| 1 | 2020 Florida Department of Juvenile Justice (DJJ) Secure Detention Facility Operating Procedures 3.03 |
| 2* | Data summaries for comprehensive DJJ confinement data from January 1, 2014, to December 31, 2020 (Bates No. MARST000000000080216) |
| 3* | Declaration of R.L. |
| 4* | Declaration of G.H. |

---

[1] Exhibits with an asterisk (*) will be filed under seal with the Clerk of Court pursuant to the Confidentiality Order. ECF No. 36. Where possible, Plaintiffs have filed redacted versions of the Exhibits on the public docket. A placeholder for any Exhibits filed under seal has been filed on the public docket.

| 5*  | Declaration of Louis J. Kraus, M.D. |
|-----|-------------------------------------|
| 6*  | Declaration of Rachel Ortiz (with attached DJJ incident reports) |
| 7*  | Confinement reports for Plaintiffs G.H., R.L., and B.W. |
| 8   | DJJ secure detention staff training materials on juvenile suicide (Bates Nos. MARST9576-9578) |
| 9*  | DJJ Central Communications Center reports |
| 10  | Fla. Admin. Code R. 63G (in effect prior to November 22, 2020) and 2018-19 DJJ Secure Detention Facility Operating Procedures 3.04 |
| 11* | Photos from DJJ secure detention center facility inspections by experts in January 2021 |
| 12  | DJJ secure detention youth orientation brochure |
| 13  | Declaration of Andrea Costello |