# EXHIBIT 1

# FLORIDA DEPARTMENT OF JUVENILE JUSTICE
## _____ Regional Juvenile Detention Center
## Facility Operating Procedures

| Detention Center Superintendent: | Review Date: 09/05/2019 | Section: 3.03 |
|---|---|---|

| Subject:  BEHAVIORAL CONFINEMENT | | |
|---|---|---|

| **Purpose:** | Intended as an immediate, short-term, crisis management strategy for use during volatile situations in which one or more youth's sudden or unforeseen onset of behavior imminently and substantially threatens the physical safety of others and compromises security. |
|---|---|
| | **Youth Rights in Confinement** <br> All youth placed temporarily in confinement shall be afforded these rights: <br> • Three meals a day plus school and evening snack <br> • Access to medical care as needed <br> • Access to mental health care as needed <br> • Daily shower <br> • Clean clothing (certain items may be withheld at the request of Mental Health staff) <br> • Hygiene items such as toothbrush, toothpaste, deodorant and feminine hygiene products <br> • Mattress/bedding.  Officers will not struggle with a youth for his/her mattress or bedding.  It may be removed if a youth uses any part to attempt self-harm or at the direction of mental health staff. <br> • Education materials (as provided through education staff) <br><br> **Prior to Placing a Youth in Confinement** <br> • The Supervisor must approve all confinements. <br> • Staff shall not place more than one youth in a confinement room. <br> • The room must be searched, and documentation of the search entered in FMS. <br> • Rooms used for confinement are free of potential safety hazards. <br> • The windows and cameras must be free of obstructions/scratches so that youth may be visually observed. <br><br> **Once a Youth is Placed in Confinement** <br> • Youth in confinement shall be supervised. Supervision shall be documented on the confinement Visual Observation Report (VOR) Log at the minimum **every 5 minutes** for the first hour in confinement.  The youth will be supervised according to how they are classified on the Detention Supervision Matrix thereafter. <br> • If a physical injury is observed, the youth complains of injury or illness, or the youth experienced a fall, impact, or blow such that injury could reasonably be expected, a health care professional shall be immediately notified for timely assessment and treatment. <br> • Confinements affecting a youth's attendance in school shall be communicated to school personnel for appropriate record keeping. <br> • The reason for confinement must be explained to the youth immediately. |

MARST000000000085673

**2 | P a g e**

- The Supervisor must conduct an initial confinement review with the youth no later than 2 hours from the incident. This review must contain a reason for the confinement and the full report must be completed before the end of their shift. It is understood that the Supervisor may not be able to get to a computer to document their reviews as they happen.  They should keep good notes and enter the reviews when possible.  It is not acceptable to do all the reviews in FMS at one time.
- The Supervisor will conduct additional reviews with the youth at a minimum of every three (3) hours and document it in FMS. Each review must include a reason for continued confinement.
- It is the expectation of all supervisors that the three (3) hour supervisory reviews are done in person, including a conversation with the youth, unless it is during sleeping hours.
- Supervisors/staff shall continually counsel the youth and consider removing them from confinement as soon they can safely rejoin the population and there is no threat to safety.
- Every effort will be made to communicate the confinement with the parent of said youth and this effort will be documented in the FMS review if confinement interferes with visitation.

**Length of Confinement**
- Confinements should not exceed twenty-four (24) hours; however, if a youth continues to exhibit behavior that poses a risk to him or herself, staff or others, a Confinement Review may be requested.
- The Confinement Review will be conducted as follows:
  - The Review will be chaired by the Regional Director or designee;
  - The Review may be conducted in person or over the phone;
  - The Review must be held a minimum of two (2) hours prior to the end of the twenty-four (24) hour period;
  - The Superintendent or designee must provide the chair with a copy of the youth Confinement Report and all documented reviews and interviews with the youth;
  - The Superintendent or designee and a member of the facility mental health team must meet with the youth prior to the Review to discuss continued confinement;
  - The Review Chair will either find that the youth continues to present a clear and present danger to others and authorizes to continue the youth in confinement for an additional period of time up to, but not exceeding, 24 hours or, find that the youth does not continue to present a clear and present danger to others and authorize the youth to be returned to general population;
  - If the youth's confinement is extended beyond the twenty-four (24) hour timeframe by the Review Chair, mental health must see the youth as soon as reasonably possible; and
  - A copy of the Confinement Review documentation, including the Review Chair's decision, shall be distributed to the Regional Director and the Assistant Secretary for Detention Services and uploaded into FMS.

MARST000000000085674

**Confinement Review**

- The superintendent or designee shall review all confinement reports within 24 hours and shall determine whether each confinement was appropriate or inappropriate. The Superintendent or designee shall take whatever actions he/she deems necessary if any confinement is determined to be inappropriate.
- Headquarters and regional management staff shall analyze confinement data monthly to determine trends.

MARST000000000085675