# EXHIBIT 3

(filed under seal pursuant to ECF No. 36)