# EXHIBIT 8

**Suicide Prevention Part 1**

# 1. Main Page

### 1.1 SD&T Intro



## 2.6 Protective Factors



**Notes:**

We will start out with protective factors.

## 2.7 Protective Factors



**Protective Factors**

Protective Factors eliminate or mitigate the risk for suicidal behavior and/or self-injurious behavior. The following are examples of Protective Factors:

- Assessment and Treatment for Mental Health and/or Substance Abuse Disorders
- Supportive and Trusting Relationships with Staff
- Family and/or Community Support
- Nurturing Relationships with Trusted Adults
- Helping the youth reduce stress through the development of positive coping skills

NOTE: There are endless opportunities for all staff working with the youth to encourage and introduce positive coping skills and nurturing relationships in order to help mitigate the negative effects of psychosocial and situational risk factors.

**Notes:**

Protective Factors eliminate or mitigate the risk for suicidal behavior and/or self-injurious behavior. The followings are examples of Protective Factors:

- Assessment and Treatment for Mental Health and/or Substance Abuse Disorders
- Supportive and Trusting Relationships with Staff
- Continual support and easy access to medical and mental health care
- Family and/or Community Support
- Nurturing Relationships with Trusted Adults
- Helping the youth reduce stress through the development of positive coping skills.

NOTE: There are endless opportunities for all staff working with the youth to encourage and introduce positive coping skills and nurturing relationships in order to help mitigate the negative effects of psychosocial and situational risk factors.

MARST000000000009567

## 2.8 Psychosocial Factors



**Notes:**

The psychosocial factors.

## 2.9 Psychosocial Factors

**Psychosocial Factors**

Juvenile Suicide Risk Factors can increase the likelihood that a youth will engage in suicide behavior and/or self-injurious behavior. Examples of psychosocial risk factors are:

- Youth that have an undiagnosed, untreated, or unsuccessfully treated mental health and/or substance abuse diagnosis are at increased risk for suicidal behavior and/or self-injurious behavior.
- History of psychiatric illness and/ or emotional problems
- History of substance abuse
- Prior suicidal behavior(suicide ideas, suicide threats, suicide attempt)
- Recent loss
- Sexual orientation and gender identity issues
- High risk behavior (self-injury, self-mutilation, behavior that suggests suicide intent or plan)
- Confinement

NOTE: It is important to remember that all youth are vulnerable to individual stressors and it is essential that staff initiate positive and supportive relationships so that challenges do not lead to feelings of helplessness, despair, and a loss of healthy coping skills.

**Notes:**

Juvenile Suicide Risk Factors can increase the likelihood that a youth will engage in suicide behavior and/or self-injurious behavior. Examples of psychosocial risk factors are:

- Youth that have an undiagnosed, untreated, or unsuccessfully treated mental health and/or substance abuse diagnosis are at increased risk for suicidal behavior and/or self-injurious behavior.
- History of psychiatric illness and/or emotional problems
- History of substance abuse
- Prior suicidal behavior (suicide ideas, suicide threats, suicide attempt)
- Recent loss
- Sexual orientation and gender identity issues
- High risk behavior (self-injury, self-mutilation, behavior that suggests suicide intent or plan)
- Confinement
- History of substance abuse

- History of psychiatric illness and or emotional problems

NOTE: It is important to remember that all youth are vulnerable to individual stressors and it is essential that staff initiate positive and supportive relationships so that challenges do not lead to feelings of helplessness, despair, and a loss of healthy coping skills.

## 2.10 Social and Situational Factors



**Notes:**

The last one is the social and situational factors.

## *2.11 Social and Situational Factors*

**Social and Situational Risk Factors**

Juvenile Suicide Risk Factors can increase the likelihood that a youth will engage in suicide behavior and/or self-injurious behavior. Examples of Social and Situational Risk Factors are:

- Poor Social skills and/or Social Support
- Family History of Mental Illness, Substance Abuse and/or Suicide
- Witnessing family violence
- Emotional, physical, sexual abuse, neglect
- Bullying (perpetrator or victim)
- Loss of family, friend
- Confinement
- Disciplinary violations
- Conflict with other juveniles within the facility/program
- Conflict with staff within facility/program

REMEMBER that all youth are vulnerable to social and situational stressors and it is essential that staff provide ongoing support so that these challenges do not lead to feelings of hopelessness, despair, and a loss of healthy coping skills.

**SUICIDE PREVENTION**

**Notes:**

Juvenile Suicide Risk Factors can increase the likelihood that a youth will engage in suicide behavior and/or self-injurious behavior. Examples of Social and Situational Risk Factors are:

- Poor Social skills and/or Social Support
- Family History of Mental Illness, Substance Abuse and/or Suicide
- Witnessing family violence
- Emotional, physical, sexual abuse, neglect
- Bullying (perpetrator or victim)
- Loss of family, friend
- Confinement
- Disciplinary violations
- Conflict with other juveniles within the facility/program
- Conflict with staff within facility/program

**Note: It is important to remember that all youth are vulnerable to social and situational stressors and it is essential that staff provide ongoing support so that**

these challenges do not lead to feelings of hopelessness, despair, and a loss of healthy coping skills.

## 2.12 High Risk Periods



**Notes:**

What are the warning signs?

## *2.13 Warning Signs*



**Verbal Warning Signs**

Program staff must be continually aware of the warning signs associated with increased risk for suicidal and/or self-injurious behavior throughout the continuum of care. The following are examples of visible warning signs:
- Talking about suicide (even if stating while joking)
- Making statement such as "This world is better off without me", "I want to disappear." etc.
- Threats of suicide and/or self-harm
- Writing stories about death or drawing pictures depicting death
- Saying goodbye to staff, family, or friends-Suddenly being unusually calm and content after periods of distress.

Note: Any youth with current suicide ideation must be immediately referred to a mental health clinical staff person who will confer with a licensed mental health professional to determine whether the *assessment of suicide risk* is to be conducted immediately rather than within 24 hours. Any youth who makes a *suicide attempt* or attempts *serious self-inflicted injury* must receive an immediate *assessment of suicide risk* or emergency services.

**Notes:**

Program staff must be continually aware of the warning signs associated with increased risk for suicidal and/or self-injurious behavior throughout the continuum of care. The following are examples of visible warning signs:

- Talking about suicide (even if stating while joking)
- Making statement such as "This world is better off without me", "I want to disappear." etc.
- Threats of suicide and/or self-harm
- Writing stories about death or drawing pictures depicting death
- Saying goodbye to staff, family, or friends-Suddenly being unusually calm and content after periods of distress.

## 2.14 Warning Signs



**Visible Warning Signs**

Program staff must be continually aware of the warning signs associated with increased risk for suicidal and/or self-injurious behavior throughout the continuum of care. The visible warning signs can be

- Tying objects into a noose or around neck
- Scars indicating drug abuse
- Scars indicating physical abuse, past suicide attempts, or self-mutilation
- Recent injuries
- Unexplained aches and pains
- Poor hygiene or disheveled personal appearance
- Disability with poor support and/or coping skills
- Slow, tired, or slurred speech
- Tearful or frequent crying
- Lack of enthusiasm or motivation
- Unexplained pains
- Irritable or angry mood
- Giving away possessions
- Looking for objects in which the youth can harm themselves
- Behavioral issues

**SUICIDE PREVENTION**

**Notes:**

Program staff must be continually aware of the warning signs associated with increased risk for suicidal and/or self-injurious behavior throughout the continuum of care. The visible warning signs can be

- Tying objects into a noose or around neck
- Scars indicating drug abuse
- Scars indicating physical abuse, past suicide attempts, or self-mutilation
- Recent injuries
- Unexplained aches and pains
- Poor hygiene or disheveled personal appearance
- Disability with poor support and/or coping skills
- Slow, tired, or slurred speech
- Tearful or frequent crying
- Lack of enthusiasm or motivation
- Unexplained pains

- Irritable or angry mood
- Giving away possessions
- Looking for objects in which the youth can harm themselves
- Behavioral issues

### 2.15 High Risk Periods



**Visible Warning Signs**

**NOTE:** Any youth with current suicidal ideation must be immediately referred to a mental health clinical staff person who will confer with a licensed mental health professional to determine whether the assessment of suicide risk is to be conducted immediately rather than within 24 hours. Any youth who makes a suicide attempt or attempts serious self-inflicted injury must receive an immediate assessment of suicide risk or emergency services.

**SUICIDE PREVENTION**

**Notes:**

**NOTE:** Any youth with current suicidal ideation must be immediately referred to a mental health clinical staff person who will confer with a licensed mental health professional to determine whether the assessment of suicide risk is to be conducted immediately rather than within 24 hours. Any youth who makes a suicide attempt or attempts serious self-inflicted injury must receive an immediate assessment of suicide risk or emergency services.

## *2.16 High Risk Periods*



**Notes:**

Now that we have completed a review of the protective factors, risk factors, and warning signs we will answer the following question:

When are the high risk periods for potential suicide and/or self-injurious behavior?

## *2.17 High Risk Periods*



**High Risk Periods**
- Any time that you notice changes in a youth's behavior and mood
- Withdrawal from alcohol or drugs
- After or awaiting a court disposition or sentencing
- During periods of emotional or psychological distress
- Proceeding altercations within a facility and/or program
- Any time a youth is placed in behavioral confinement

**SUICIDE PREVENTION**

**Notes:**

There are statistically high-risk periods for suicide, when a youth is in a juvenile facility. The following are some example of high risk periods to be aware of in a juvenile facility:
- Any time that you notice changes in a youth's behavior and mood
- Withdrawal from alcohol or drugs
- After or awaiting a court disposition or sentencing
- During periods of emotional or psychological distress
- Proceeding altercations within a facility and/or program
- Any time a youth is placed in behavioral confinement

## 2.18 High Risk Periods



**High Risk Periods (Continued)**
- Just before a youth is released or transferred they may experience feelings of shame, guilt, anxiety, or fear
- Death or serious injury of friend or family member
- Bad news of any kind - relationship breakups, canceled visit, fight with roommate or family member
- During periods of disciplinary confinement
- After suicide of a family member, friend, or someone in the facility

SUICIDE PREVENTION

**Notes:**

- Just before a youth is released or transferred they may experience feelings of shame, guilt, anxiety, or fear
- Death or serious injury of friend or family member
- Bad news of any kind - relationship breakups, canceled visit, fight with roommate or family member
- During periods of disciplinary confinement
- After the suicide of a family member, friend, or someone in the facility.

During these periods, you have to be really careful to observe the youth's behaviors.