# EXHIBIT 10

(d) Officers shall not engage in or allow verbal or physical "horseplay" with and/or between any youths.

(e) Officers shall not enter the occupied sleeping quarters or confinement rooms of a youth unless accompanied by an officer of the same sex as the youth. In an emergency situation, such as medical crisis or a situation that would jeopardize the immediate safety or security of a youth, officers of the opposite sex as the youth are authorized to enter the youth's room to provide emergency care after the officer has requested assistance. Single officer cell entry is permitted to save lives.

(f) Officers shall not have any physical contact with any youth except in the necessary application of Protective Action Response (PAR) techniques or other emergency response measures.

(g) Officers shall not engage in personal relationships nor discuss any personal information relating to themselves or other officers with any youth.

(h) Officers shall not have any contact with detention youth who have been released from the facility.

(i) If a youth is a relative or family friend of an officer, or otherwise has regular contact with the officer, it is the responsibility of the officer to immediately report such to the supervisor on duty.

(j) Officers shall maintain the confidentiality afforded to all youths, and shall not release any information to the general public or the news media about any youth in detention or who has been in the custody of the Department.

(2) Uniforms – All designated detention staff shall wear uniforms as required.

*Rulemaking Authority 985.601(9)(b) FS. Law Implemented 985.601(9)(b)1. FS. History–New 8-9-15.*

**63G-2.022 Behavior Management and Disciplinary Treatment.**

(1) Principles – The use of an established behavior management system promotes safety, respect, fairness and protection of rights within the facility.

(2) Behavior Management:

(a) The behavioral norms and expectations shall be explained to all youths during the admission process, during orientation, and will be posted in all living areas and shall clearly specify what are appropriate and inappropriate behaviors.

(b) Each facility shall implement a behavior management system that includes:

1. Fair and consistent consequences,
2. A three level system for rewarding positive behavior,
3. A process for youth to move up or down the level system; and,
4. An internal procedure for the tracking of youth on the behavior management system.

(c) Group punishment shall not be used as a part of the facility's behavior management plan. However, corrective action taken with a group of youths is appropriate when the behavior of a group jeopardizes safety or security. This should not be confused with group punishment.

(d) Corporal punishment shall not be used on any youth. All allegations of corporal punishment of any youth by facility staff shall be reported to the Florida Child Abuse Hotline and the CCC.

(e) The use of drugs to control the behavior of youths is prohibited. This does not preclude the proper administration of medication as prescribed by a licensed physician.

(f) At no time shall a youth be allowed to exercise control over or provide discipline or care of any type to another youth.

(3) Mechanical Restraints:

(a) Mechanical restraints may be used as a method of controlling youth who present a threat to safety and security within the facility. The shift supervisor shall be notified of the need for or application of mechanical restraints as identified in the Protective Action Response Training Curriculum.

(b) Whenever mechanical restraints are used, a report shall be completed and submitted for review. The only exception to this requirement is when mechanical restraints are used to transport youths outside the secure area of the facility.

(c) Mechanical restraints shall be used when transporting youths outside the secure area of the facility.

(d) Mechanical restraints shall not be used as a means of discipline.

(4) Confinement:

(a) Confinement may not be used to harass, embarrass, demean or otherwise abuse a youth. The use of confinement shall be monitored by the Superintendent or designee.

(b) The time limit for placement of a youth in confinement is no more than eight hours unless the superintendent or his or her designee grants an extension because release of the youth would imminently threaten his or her safety or the safety of others.

(c) Youth shall be advised of their right to grieve a confinement placement.

(d) The Superintendent or designee shall notify the Regional Director daily of all open confinements.

(e) The Regional Director or designee must review and grant any confinement extended beyond 24 hours; and, if granted, must notify the Assistant Secretary or designee.

(f) An incident report, including a confinement report, shall be submitted as soon as possible, but no later than one hour of the youth's confinement to the JJDOS by the JJDO making the confinement placement.

(g) A confinement report shall be reviewed by the JJDOS as soon as possible, but no later than two hours of the youth's confinement. The review shall include documentation of the allegations and the youth's opportunity to grieve (appeal) the confinement placement. The JJDOS shall evaluate and document the youth's status, at a minimum, every three hours to determine if the continued confinement of the youth is required.

(h) No youth shall be held in confinement beyond 72 hours without a confinement hearing. The Regional Director, with approval from the Assistant Secretary for Detention Services, shall designate an employee of the Department who holds a management or supervisory position to conduct the hearing. Notification of the need for a confinement hearing must be made to the Regional Director and the Assisstant Secretary.

(i) The Superintendent or designee shall review the report within forty-eight hours of the end of the confinement, excluding weekends and holidays.

(5) Grievances:

(a) Youths may submit a written grievance if they feel their rights have been violated or they have been treated unfairly.

(b) The JJDOS will review the grievance by the end of the shift with action taken within twenty-four hours.

(c) The youth may appeal the outcome of the grievance to the Superintendent or designee.

(d) Any grievance involving physical safety will be brought to the attention of the Superintendent, or designee, for immediate resolution and may be called in to the CCC if reporting requirements are met.

(e) Grievances do not replace the responsibility of reporting abuse. If the grievance is an allegation of abuse, it must be reported to the Florida Child Abuse Hotline and the CCC, and shall be handled pursuant to such guidelines.

*Rulemaking Authority 985.601(9)(b) FS. Law Implemented 985.601(9)(b)8. FS. History–New 8-9-15.*

### 63G-2.023 Youth Activities.

(1) Daily Activities.

(a) Youths are expected to participate in all activities unless exempted due to medical or disciplinary reasons.

(b) JJDOs shall supervise all activities and shall maintain safety and security.

(2) Activity Schedules.

(a) The Superintendent or designee shall develop a daily schedule clearly outlining the days and times for every youth activity.

(b) Daily activity schedules shall be posted in all living areas.

(c) JJDOSs shall adhere to the daily activity schedules. The on-duty Supervisor must approve any significant changes in the activity schedule (e.g., cancellations, extended delays, etc.), and shall document the rationale for the changes on the shift report.

(d) The placement of all youths in their rooms for a period exceeding two hours is defined as a lockdown. This excludes the placement of all youths in their rooms for sleeping purposes or a situation prompted by inclement weather. The Superintendent and/or Assistant Superintendent shall be notified immediately should a lockdown occur. In addition, the Regional Director shall be notified.

(3) Gender-Specific programming: Detention facilities shall provide gender-specific programming and strategies for at-risk girls and boys, including those related to physical and mental abuse, high risk sexual behavior, mental health and substance abuse issues and gang activity.

(4) Restorative Justice: Detention facilities shall provide services that reflect and promote restorative justice programming and strategies. Programming will enhance accountability, community safety and competency development in the restorative justice model.

(5) Life and Social Skills: Detention facilities shall provide interventions or instruction that focus on developing life and social skill competencies in youths. Life and social skills are those skills that help youths function more responsibly and successfully in everyday life situations, including skills that specifically address interpersonal relationships. Non-clinical staff may implement life and social skills interventions or instruction except when the instructional materials are specifically designed for use by clinical staff.

# FLORIDA DEPARTMENT OF JUVENILE JUSTICE
# _____ Regional Juvenile Detention Center
# Facility Operating Procedures

| Detention Center Superintendent: | Review Date: | Section: 3.03 |
|---|---|---|
| **Subject: CONFINEMENT** | | |
| **Purpose:** | A temporary response to behavior that threatens immediate harm to the youth or others. | |
| | All youth placed temporarily in confinement shall be afforded the same services as youth in the general population.  This includes medical and mental health services, education, exercise, showers, meals, clothing, bedding (during sleep hours only) and hygiene items as needed. Youth in confinement may be offered visitation if the safety and security of staff and youth are not threatened.<br><br>When placing a youth in confinement, staff shall ensure:<ul><li>The room has been searched and documentation of the search has been entered in FMS.</li><li>Rooms used for confinement are free of potential safety hazards.</li><li>The windows and cameras must be free of obstructions so that youth may be visually observed.</li><li>Youth in confinement shall be supervised based on their assigned level of supervision.  Supervision shall be documented on the appropriate observation log.</li><li>Confinements affecting a youth's attendance in school shall be communicated to school personnel for appropriate record keeping and so the youth may be given assignments to complete.</li><li>The Supervisor must approve all confinements.</li><li>If a youth is placed in confinement erroneously, they shall be removed immediately.</li><li>The reason for the confinement must be explained to the youth immediately.</li><li>The Supervisor must document an initial confinement review in FMS within two (2) hours of the confinement.  This review must contain a reason for the confinement.</li><li>The Supervisor will conduct additional reviews at a minimum of every three (3) hours and document it in FMS and include a reason for continued confinement.</li><li>It is the expectation of all supervisors that the three (3) hour supervisory reviews are done in person, including a conversation with the youth, unless the youth is sleeping.</li><li>Supervisor/staff shall continually counsel the youth and consider removing them from confinement as soon they can safely rejoin the population.</li><li>Should there be a need to continue the confinement beyond eight (8) hours; an email will be sent to the Regional Director or designee stating why the confinement needs to be extended.</li><li>If it is necessary to extend the confinement beyond twenty-four (24) hours, permission is needed from the Regional Director or designee.  The Regional Director will notify the Assistant Secretary.  This must be done every twenty-four</li></ul> | |

- (24) hours.
- No confinement will exceed seventy-two (72) hours (excluding medical).

If youth supervision requires special instructions, including when youth have to be awakened every thirty (30) minutes, those supervision checks must be documented in the mod log book.

A licensed mental health professional shall review the status of any youth in Confinement every twenty-four (24) hours. The superintendent or designee shall review all confinement reports within 24 hours, excluding weekends and holidays, and shall determine whether each confinement was appropriate or inappropriate. The Superintendent or designee shall take whatever actions he/she deems necessary if any confinement is determined to be inappropriate.

**Confinement in excess of 72 hours is prohibited.**

The superintendent or designee shall review the overall use of confinement monthly to determine any patterns of misuse and any areas of needed improvement.

Designated headquarters and regional management staff shall review the use of confinement monthly to determine areas of needed improvement.

MARST000000000085492