# EXHIBIT 11

(filed under seal pursuant to ECF No. 36)