# EXHIBIT 12

## EDUCATION

All young people in our center attend school. Our teachers work very hard to help all of their students and will be happy to assist you in any way they can.

## RELIGIOUS PROGRAMS

Volunteers from our community provide religious services on a weekly basis. It is your choice whether or not you want to go. If you do not want to go, you do not have to. Another activity is always planned during that time.

## FLORIDA ABUSE HOTLINE

The Florida Abuse Hotline accepts reports 24 hours a day and 7 days a week of known or suspected child abuse, neglect, or abandonment.

HOTLINE NUMBERS
1-800-96ABUSE
Central Communications Center
1-800-DJJ-2280 (18 & OVER)

I have read this brochure or an adult read it to me. I do not have any questions right now.

_____     _____
YOUTH                                           DATE

_____     _____
JUVENILE DETENTION OFFICER            DATE

# Duval Regional Juvenile Detention Center

## Orientation Brochure



1241 East 8th Street

Jacksonville, Florida 32206

(904) 798-4820

Mark Refour, Superintendent

Delmonica Harris, Assistant Superintendent

Michael Philpot, Assistant Superintendent

## Mission Statement

To increase public safety by reducing juvenile delinquency through effective prevention, intervention and treatment services that strengthen families and turn the lives of troubled youth.

## ORIENTATION

You have been given this brochure to help you understand more about where you are and to make your time in detention as comfortable as possible. A detention officer will go over this information with you and can answer any questions you may have.

You may be admitted to detention for an alleged law violation, on a custody order, from the judge at court, or on a DJJ hold order. You will have a detention hearing with a judge within 24 hours after you have been brought to our center. At the detention hearing, the judge will decide whether or not you will stay in detention while your case is processed through the court.

## ADMISSION

There are many steps to admitting you into our center. If at any time you have any questions, please feel free to ask.

As you are being admitted you will have to give the officer all of your personal items. They will make sure they are kept safe and returned to you when you leave. We will provide you with all of the clothing, shoes, and hygiene items you will need during your stay.

Everybody who comes into detention has to be searched. We do this to make sure everyone is safe. During your admission you will also have to be strip searched. We understand this may be very embarrassing. We will do our best to make you as comfortable as possible. An officer will never touch your body during a strip search. After you are searched you will be able to take a shower and get new clothes.

We know that being admitted to detention can be scary. Before you are done with your admission you will be allowed to make 2 five-minute calls to your parent/guardian or your attorney.

When your admission is done you will be given a blanket, a toothbrush and a comb. You will then be taken to the area you will stay and will meet the officers on the mod. The officers will show you where your room is and explain the daily schedule.

## MEDICAL CARE

All youth in our facility are given a physical. If you get sick during your stay, we have nurses and a doctor here to help you. It is very important that you tell an officer if you do not feel well. They will make sure you can see the nurse and are taken care of.

## MENTAL HEALTH CARE

Sometimes being in detention can be very hard. We have counselors that are here to help. Crisis intervention services are available 24 hours a day. If you think about hurting yourself, or others, tell an officer immediately. You are not alone. We want to help you.

## DRESS CODE/PERSONAL HYGIENE

Upon admission, you will be given a uniform, a pair of underwear, an undershirt, a pair of tennis shoes, a pair of socks, and a bra [girls]. Clothing and underclothes will be changed every day. Bed linens will be changed once per week.

It is important for you to take good care of yourself. You will shower each day and be provided everything you need to keep yourself looking and smelling good. Combs, brushes, toothpaste, toothbrushes, shampoo, and deodorant will be available.

## SEARCHES

At times, officers will search areas in the center. This will include the room you sleep in. You may also be frisk searched at different times of the day. You may be strip searched if the officer thinks you may have something you are not allowed to have or if you have returned from an appointment away from the center. Just remember, we search to make sure everyone is safe.

PLS0002113

## VISITATION

We understand how important it is for you to visit with your family. Your parents and grandparents will be allowed to visit you a couple times a week. It is very important that every-one cooperates during visitation. Please remember to:

- Follow all directions
- Not accept anything from your visitor without an officer's permission
- Always be respectful
- Tell the officer if you want to end your visit early

At our center, we have visitation on:

| | |
|---|---|
| **Sundays (L thru Z)** | **7:00pm to 8:00 pm** |
| **Wednesdays (A thru K)** | **6:00pm to 7:00pm** |
| **Wednesdays (L thru Z)** | **7:30pm to 8:30pm** |
| **Saturdays (A thru K)** | **7:00pm to 8:00pm** |

**Youth Email for youths to receive emails from their parents is:**
**YouthMailDuval@djj.state.fl.us**

## TELEPHONE/LETTER WRITING

You are allowed to talk on the phone for 20 minutes each week. The officer will dial the phone for you and will write down how long you were on the phone. You can earn extra time on the phone by having good behavior.

You may also call your probation officer and your attorney. The officer will dial the phone for you. This will not count for your 20 minutes of phone time.

## BEHAVIOR MANAGEMENT SYSTEM

The behavior management system at our center is very simple. If you have good behavior you will get more privileges. If you have poor behavior, you will lose privileges. All youth are placed on Level 2 when they first arrive. This is how it works.

### Level I

Level 1 is the most restrictive level. If you are on level 1, you have made very poor choices that need consequences. On level 1 you have all your basic rights:

| | |
|---|---|
| Meals | Sleep |
| Clothing | Health care |
| Mental Health/Substance Abuse Services | School |
| Exercise | Letter writing |
| Telephone use (minimum of 15 minutes per week) | Religious programs |
| Parent/guardian visitation | Visits with a probation officer |
| Visits with and attorney and/or clergy | Access to bathing and hygiene |

After three consecutive days of appropriate behavior you will move up to level 2.

### Level II

On Level 2 you will have all the basic rights and:

- Television/movies;
- Canteen

After three consecutive days of appropriate behavior you will move up to level 3.

### Level III

On level three you have all the basic rights, all Level 2 all privileges and:

- Extra telephone calls;
- A later bedtime;
- Game room

PLS0002114

## Our Center's Rules

To make sure everyone is safe, we have rules that everyone needs to follow. Many of them are just like the rules you follow in school.

1. Follow all directions given by officers/teachers.
2. Do your best in school.
3. Be respectful to yourself, others, and property.
4. Keep our center (and your room) clean.
5. Stay in your assigned area.
6. Keep your hands to yourself.
7. Make sure you do not trade, give, or share anything (including food) with other kids.

If you choose to break a rule there will be consequences. You may even receive more charges. It is very important that you do not:

1. Try to hit anyone in the facility.
2. Try to escape, help someone escape, or escape
3. Damage property
4. Have anything you are not allowed to have
5. Participate in gang activity
6. Participate in human trafficking activity

**If you choose to break a rule, you may receive the following consequences:**

1. Level drop/Privilege restriction
2. Confinement (you must stay in your room)
3. New law violation

### FIRE EVACUATION PLAN

We will have fire drills in the detention center. It is very important that you listen and follow all directions. You will be asked to line up quickly and quietly. The officer will take your group to a safe place outside the facility. You must do your best to remain calm and quiet.

### GRIEVANCE

You may "grieve" any time you feel like you have not been treated fairly or your rights have been violated. If you want to do this, you will need to ask the officer for a grievance form and pencil. Make sure you are calm and respectful when you ask. If you are not, you will have to wait until you are.

The officer will explain how to fill out the grievance. They will also be able to help you fill out the form if you need them to and answer any questions you may have. If you don't feel like the problem was solved, they will give the grievance to the Supervisor. If you still don't feel like the problem was solved, they will give the grievance to the Superintendent. The Superintendent will talk with you and decide what to do.

### MEALS

During your stay you will be served 3 meals a day, an after school snack and a snack before bedtime. The meals will give you all of the nutrition you need as you grow. We offer many different fresh foods and generous portions. If you need a special diet for medical or religious reasons, please let an officer or the nurse know.

Everyone is expected to follow all rules in the dining room. You may talk to others at your table; but you must use your inside voice. You may not trade, give away, or accept food from another youth.

PLS0002115