UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

G.H., a minor, by and through his parent
and legal guardian, GREGORY HENRY;
R.L., a minor, by and through her parent
and legal guardian, ANGEL CARTER;
B.W., a minor, by and through her parent
and legal guardian, LEROI LUZUNARIS;
on behalf of themselves and all persons
similarly situated,

    Plaintiffs,

v.                                       CASE NO.: 4:19-cv-00431-RLH-MJF

JOSEFINA TAMAYO, in her official
capacity as Acting Secretary of the Florida
Department of Juvenile Justice; and
FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, an agency of the State of Florida,

    Defendants.
_____/

**NOTICE OF FILING EXHIBITS TO DEFENDANTS' RESPONSE
TO MOTION FOR CLASS CERTIFICATION**

    Defendants, JOSEFINA TAMAYO, in her official capacity as Acting Secretary of the Florida Department of Juvenile Justice; and FLORIDA DEPARTMENT OF JUVENILE JUSTICE, an agency of the State of Florida, by and through the undersigned attorneys, give notice of filing the following

Exhibits to Defendants' Response to Motion for Class Certification with the Clerk of Court:

1. Plaintiffs' Second Amended Responses to Interrogatories

2. Dixie Fosler Affidavit "Regarding Detention Services" with attached photographs (Fosler Aff. #1)

3. Dr. Meghan Ogle Affidavit

4. Joy Bennink Affidavit

5. Placeholder for Dixie Fosler Affidavit - Videos (Fosler Aff. #2) (FILED UNDER SEAL)

6. Dr. Richard Hough Affidavit (REDACTED)

7. Dr. Joseph Penn, M.D. Affidavit (REDACTED)

8. Dr. Ryan Labrecque Affidavit

9. Placeholder for G.H. Confidential Deposition with attached Exhibits (FILED UNDER SEAL)

10. Placeholder for R.L. Confidential Deposition with attached Exhibit (FILED UNDER SEAL)

11. Placeholder for Dixie Fosler Affidavit Regarding G.H. (Fosler Aff. #3) (FILED UNDER SEAL)

12.   Placeholder for Dixie Fosler Affidavit Regarding R.L. (Fosler Aff. #4) (FILED UNDER SEAL)

I CERTIFY that on May 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF system and transmitted in accordance with CM/ECF requirements.

Respectfully submitted,

By: s/ Jonathan B. Trohn
**JONATHAN B. TROHN**
FL BAR #0880558
j.trohn@cttalaw.com
**HANK B. CAMPBELL**
FL BAR #434515
h.campbell@cttalaw.com
**ROBERT ARANDA**
FL BAR #988324
r.aranda@cttalaw.com
**JOHN MARC TAMAYO**
FL BAR #030910
j.tamayo@cttalaw.com
**ELLIOTT V. MITCHELL**
FL BAR #118342
e.mitchell@cttalaw.com
**JENNIFER VASQUEZ**
FL Bar #71942
j.vasquez@cttalaw.com
1701 South Florida Avenue
Lakeland, Florida 33803
(863) 686-0043 (phone)
Attorneys for Defendants
