UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

G.H., a minor, by and through his parent
and legal guardian, GREGORY HENRY;
R.L., a minor, by and through her parent
and legal guardian, ANGEL CARTER;
B.W., a minor, by and through her parent
and legal guardian, LEROI LUZUNARIS;
on behalf of themselves and all persons
similarly situated,

    Plaintiffs,

v.                      CASE NO.: 4:19-cv-00431-RLF-MJF

JOSEFINA TAMAYO, in her official
capacity as Acting Secretary of the Florida
Department of Juvenile Justice; and
FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, an agency of the State of Florida,

    Defendants.
_____/

### AFFIDAVIT OF MEGHAN OGLE, PH.D.

STATE OF ~~FLORIDA~~ New Jersey
COUNTY OF Sussex

BEFORE ME, the undersigned authority, personally appeared MEGHAN OGLE, Ph.D., who, after being duly sworn upon her oath, states and affirms as follows:

1. I am over the age of eighteen and have personal knowledge of the matters described below.

2. I am employed by the Florida Department of Juvenile Justice in the Office of Research and Data Integrity. My responsibilities include oversight of the Research component of the office. This includes supervision of two full-time Operations Analysts and one part-time Research Assistant. Additionally, I design and conduct research analyses to support the agency's leadership team in their decision-making. For example, I have used propensity score methods to analyze the effectiveness of FDJJ's respite care alternative to secure detention for misdemeanor domestic violence-involved youth as well as FDJJ's practice of detaining youth for failing to appear in court.

3. I graduated with a Doctor of Philosophy from the College of Criminology and Criminal Justice at Florida State University in May 2019.

4. I was asked to conduct a study of DJJ's use of confinement, which included determining the average length of time youth spent in confinement. In order to ensure analysis of a representative sample, a random sample of 24.1% of all confinements between the dates of March 22, 2019 and March 21, 2020 was drawn using a random number generator using "Python" software.

5. After deducting time spent during sleeping hours, which was 8:00 PM to 6:00 AM, we determined the average length of awake time in confinement was 10.91 hours.

FURTHER AFFIANT SAITH NOT.

_____
MEGHAN OGLE, Ph.D.

SWORN TO AND SUBSCRIBED before me by means of ✓ physical presence OR _____ online notarization this 22 day of MAY, 2021. She is personally known to me/has produced Drivers License as identification and did take an oath.

NOTARY PUBLIC: Nancy Luchetti-Mettler

(SEAL)   Print Name: NANCY Luchetti-Mettler

My Commission Expires: JULY 9, 2023



NANCY LUCHETTI-METTLER
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2302468
MY COMMISSION EXPIRES JULY 09, 2023

00896485-1