# EXHIBIT 5

(filed under seal pursuant to ECF No. 36)