**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

---

*G.H., et al.,*

               Plaintiffs,

                                     Case No.: 4:19-cv-431-RH/MJF

v.

JOSEFINA TAMAYO, *et al.,*

               Defendants.

---

## EXPERT DECLARATION OF JOSEPH V PENN, MD IN OPPOSITION TO CLASS CERTIFICATION

I, Joseph V Penn, MD, CCHP, FAPA, declare under penalty of perjury:

1. This declaration is submitted pursuant to the Defendant's Opposition to Class Certification.  If called upon to testify, I could and would do so competently as follows.

## QUALIFICATIONS

2. I attended medical school at the University of Texas Medical Branch (UTMB), Galveston, Texas, and graduated in 1992.  In addition to being bilingual (Spanish) and bicultural, I completed seven years of specialty/subspecialty residency training – four years of general psychiatry in 1996 at Brown University, Providence, Rhode Island, two years of child and adolescent psychiatry in 1998 at Brown University, Providence, Rhode Island, and one year of forensic psychiatry, at Yale University, New Haven, Connecticut, in 1999.  I am triple board certified by the American Board of Psychiatry and Neurology (ABPN).  I have dedicated my clinical practice to correctional medicine, specifically, correctional psychiatry, and am licensed to practice medicine in Texas.  My Curriculum vitae (C.V.) is attached (see Exhibit A).

3.  I am currently Clinical Professor of Psychiatry at the University of Texas Medical Branch (UTMB), Galveston, Texas.  In this capacity I supervise and train UTMB physician assistant students and medical students, general psychiatry and child and adolescent psychiatry residents, and other various trainees through a variety of correctional psychiatry rotations, lectures and didactics, clinical supervision, and other elective experiences.  I also routinely provide lectures and didactic seminars to several other non-UTMB Texas based general psychiatry and child and adolescent psychiatry residency training programs on correctional and forensic psychiatry topics.

4.  I am also the Director of Mental Health Services for UTMB Correctional Managed Care (CMC), a full-time role that I have served in since February 2008, greater than 13 years.  In this capacity, I oversee the provision of psychiatric, psychological, and mental health services to approximately 80% (approximately 110,000 adult offenders) of the entire Texas state jail and state adult prison population (currently the largest state prison system in the USA) housed within approximately eighty Texas Department of Criminal Justice (TDCJ) facilities statewide. I also oversee the delivery of psychiatric services to approximately 800 youths housed statewide within five state juvenile correctional institutional facilities (referred to as state schools) within the Texas Juvenile Justice Department (TJJD, previously known as the Texas Youth Commission).   I also oversee the delivery of telepsychiatric services to some Texas county jails (Bexar County Jail, located in San Antonio, Texas).

5.  In my role as UTMB CMC Director of Mental Health Services, I maintain daily clinical work with incarcerated TJJD juveniles - case consultation, telepsychiatric services, clinical management, psychotropic medication treatment, and weekly multidisciplinary treatment team meetings, and I also provide psychiatric services on-call afterhours and weekend coverage statewide.   I also provide clinical supervision and case consultation to our child and adolescent psychiatrists, psychiatric nurse practitioners, and psychiatric PharmD pharmacist, nursing, and medical staff and central office leadership.  I am involved in decision-making such as psychiatric staffing, resource allocation, revision and implementation of policies and procedures, disease management guidelines, pharmacy and therapeutics committee decision-making, psychotropic medication prescribing practice, case reviews and psychotropic medication non-formulary approvals.  I handle any/all youth, family, or advocacy group grievances re: psychotropic medication, psychiatric staff, access to care, or other issues.  I also provide second opinion evaluation and other recommendations regarding particularly

complicated high needs youths and am involved in decision-making regarding levels of youth's mental health care needs, off-site referrals or transfers to state hospitals and other settings.

6. I also maintain a private forensic psychiatry practice where I serve as an in-state and national consultant regarding correctional and non-correctional mental health care delivery and standards of care.

7. I have dedicated my career to clinical and administrative work within juvenile and adult correctional settings for approximately 22 years. Since 1998 I have focused my clinical, administrative, and forensic work within correctional settings specifically juvenile detention and post-adjudication facilities, jails, and prisons. By way of example, prior to returning to my home state of Texas, I was the Director of Psychiatric Services for the Rhode Island Training School (RITS), the state's sole juvenile detention and correctional system, where I provided direct patient care, clinical management, and case consultation from 1999 through 2008, for approximately 9 years. The RITS had separate juvenile detention units (similar to the Florida Department of Juvenile Justice detention facilities) in addition to several units and specialized treatment programs and housing for post-adjudicated (sentenced) youths. During my most recent 13 years in Texas I have been involved in a daily and ongoing basis in the provision of child and adolescent psychiatric services, access to care, continuity of care, and psychotropic medication treatment to youths arriving from county juvenile detention settings, those who violate or fail efforts at community or halfway home placement, and youth housed in state juvenile correctional facilities.

8. I am a member and past Chair of the Accreditation Committee of the National Commission on Correctional Health Care (NCCHC). The NCCHC is a national organization that provides health care accreditation of jails, prisons, juvenile facilities, and other correctional facilities. I have served as an NCCHC Physician Surveyor and I have surveyed several major metropolitan county jails, short term detention facilities [e.g., US Immigration and Customs Enforcement (ICE) facilities], nationally (these are listed in my CV).

9. I have achieved and maintained specialized certification from the NCCHC as a Certified Correctional Health Professional (CCHP) since 2004, approximately 17 years. This requires passing of a written national examination, demonstration of proficiency in national correctional health standards, annual attestation of continuing medical education credits, full medical licensure without restrictions, and annual re-certification.

10. I have also been a member and past Chair of the NCCHC Juvenile Committee. I served on NCCHC juvenile standard work groups that revised the 2011 and 2015 NCCHC Standards for Health Services in Juvenile Detention and Confinement Facilities. I was recently appointed to the NCCHC juvenile committee work group that will revise the next version of these standards. I have co-presented specialized trainings on the NCCHC Juvenile Standards during NCCHC conferences. Aside from revising and co-presenting the NCCHC Juvenile Health Standards, I have also been involved in the revising and updating of the NCCHC Standards for Health Services in Jails and Prisons and the NCCHC Standards for Mental Health Services in Correctional Facilities.

11. I previously served as the board liaison from the American Academy of Child and Adolescent Psychiatry (AACAP) to the National Commission on Correctional Health Care (NCCHC). I am currently the American Academy of Psychiatry and the Law (AAPL) representative to the NCCHC Board. I am the current chair of the NCCHC Board of Directors (this is my second term serving as the NCCHC Board Chair).

12. I also serve in a leadership role within several other national correctional organizations, the American Correctional Association (ACA), (the ACA also provides accreditation of correctional facilities nationally). I serve on the Behavioral Health Committee and the Health Care Committee of the ACA. I have presented on incarcerated juveniles and their mental health needs at ACA conferences. I was previously on the Board of Directors and remain a member of the American College of Correctional Physicians (formerly known as the Society of Correctional Physicians). I am a member of the Academy of Correctional Health Professionals.

13. I have extensive experience in examining access to care, continuity of care, mental health and psychiatric evaluation and treatment approaches to mitigate possible mental health sequelae for certain inmates in restrictive housing settings and other mental health and psychiatry best practices to include suicide prevention policies and practices within juvenile and adult correctional settings nationally. I have also published and presented in the areas of correctional mental health care and suicide prevention at state, national, and international meetings (this is detailed in my CV).

14. I have maintained ongoing communication with other individuals who provide direct clinical, administrative, and/or consultative work within correctional settings across the United States (and several other countries). I routinely attend and present at correctional health and other correctional related conferences and serve on several committees

4

for the National Commission on Correctional Health Care (NCCHC), and the American Correctional Association (ACA). I served on the two most recent NCCHC task forces/work groups that revised the NCCHC standards for jails and prisons (2014 and 2018). I have participated in various American Psychiatric Association (APA), American Academy of Psychiatry and the Law (AAPL), and AACAP committees and task force/work groups with relevance to adult and juvenile correctional health, suicide prevention policies and best practices, and the development of correctional standards and position statements. I consult nationally regarding the provision of psychiatric and mental health care to jails, prisons, and other correctional settings, and have been qualified and rendered testimony at depositions and trials as an expert witness in several state and federal courts.

15. Through these various experiences and my ongoing continuing medical education and additional reading/review of correctional health literature, and presentations and publications, I remain current and knowledgeable from greater than 13 years of direct clinical and administrative experience on the provision of access to care, continuity of care across a variety of custody levels to include restrictive housing settings, suicide prevention, psychiatric evaluation and treatment practices and modalities within state prison correctional settings. Due to my direct work experience and career focus on correctional psychiatry, and my work within organized psychiatry, correctional and forensic psychiatry at a state and national level, I believe that I am uniquely qualified to render opinions regarding the provision of psychiatric services within correctional settings. In summary, I have dedicated my career to direct patient care, other clinical and administrative work, and consultative services within juvenile and adult correctional settings for approximately 22 years.

16. The American Board of Psychiatry and Neurology (ABPN) is the medical specialty board of the American Board of Medical Specialties that grants board certification status and subspecialty board certification status to qualified psychiatrists and neurologists. I have served as a board examiner for the ABPN general psychiatry and child and adolescent psychiatry board examinations. I have also served on the general psychiatry re-certification committee and also on the forensic psychiatry initial certification and re-certification committees. Because of my unique background, qualifications, experiences and national visibility within correctional and forensic psychiatry, I was recently appointed to the current ABPN Forensic Psychiatry Maintenance of Certification (MOC) committee and have been tasked with writing specific examination

5

questions pertaining to child and adolescent forensic psychiatry and also juvenile and adult correctional psychiatry.

17. In addition to my work at a national level, I maintain a "real world" current knowledge and practical experience of the challenges in the provision of health care services to incarcerated juveniles and adults across a large geographical state system.  I routinely travel to many of our adult and juvenile units statewide.  I continue to serve on several statewide committees for example the TDCJ, UTMB CMC and Texas Tech Correctional Health Care Services Joint Mental Health Work Group (past Chair), Joint Gender Dysphoria Work Group (Current Co-Chair), and other committees and work groups.  I am on the UTMB CMC Executive Operations Council, the adult (TDCJ) and juvenile (TJJD) Pharmacy and Therapeutics (P and T) Committees (I was past Chair of both TDCJ and TJJD P and T committees), other UTMB CMC and TDCJ and UTMB CMC and TJJD committees, and various other local, state, and national committees that are detailed in my CV.  This demonstrates my knowledge and direct daily interaction regarding the actual current provision of psychiatric and mental health care to incarcerated juvenile and adult patient populations.

18. I have published and presented on correctional health care, and numerous law and psychiatry issues, including seclusion and restraint, restrictive housing, psychotropic medications, telemedicine and telepsychiatry, transgender and gender dysphoria, access to mental health care in correctional settings, suicide prevention, violence risk assessment and prediction of future violence. I was the lead author of the American Academy of Child and Adolescent Psychiatry (AACAP) Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities.  Two recent publications specifically in the area of correctional mental health include Psychiatric Services in Correctional Facilities: A Work Group Report of the American Psychiatric Association, and "Standards and Accreditation for Jails, Prisons, and Juvenile Facilities," in the Oxford Textbook of Correctional Psychiatry.  I was a lead author in the American Academy of Psychiatry and the Law (AAPL) "Resource Document for Prescribing in Corrections," and am also currently a lead author in the AAPL "Resource Document for Prescribing to Juveniles in Juvenile Justice and Correctional Settings" (under editorial review).

19. I have presented nationally and internationally and have consulted nationally on correctional and non-correctional mental health care delivery and standards of care.  Some recent examples: Technical Assistance Project Consultant, U.S. Department of Justice, National

Institute of Corrections (NIC); Technical Assistance to New York County Jails, Valhalla, New York; Consultant to the State of Rhode Island Department of Corrections, Consultant to the Vermont Department of Corrections; and Consultant, National Institute of Mental Health (NIMH) regarding ICE detainees (other examples are listed in my CV).

20. I have been qualified as an Expert Witness in various State and Federal Courts, in the field of Forensic, Child and Adolescent, and Correctional Psychiatry (1998-present), and have given expert opinion in the areas of suicide, suicide prevention, suicide risk assessment, seclusion and restraint and other mental health and psychiatry content areas. I have served as a court-appointed expert in state and federal courts. I have also served as a consultant to the State of California Department of Justice, Office of the Attorney General, regarding state prisoners in the California Department of Corrections and Rehabilitation (CDCR), and other Departments of Justice in Nevada, Arizona, Georgia, and Texas.

21. Since 2013 I have served as the State of Arizona Department of Corrections' mental health expert in the matter, *Victor Parsons; et al., on behalf of themselves and all others similarly situated, and Arizona Center for Disability Law v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities:* U.S. District Court, District of Arizona, Phoenix, Arizona. This litigation involved the Arizona Department of Corrections and Arizona state prisoners who brought the following claims: Unconstitutional Conditions of Confinement, Access to and Provision of Clinically Appropriate and Individually Determined Mental Health Evaluation and Treatment Services, Mental Health Intake Health Screening and Procedures, Mental Health and Psychiatric Evaluation and Treatment Services, Other Mental Health Policies and Procedures, Mental Health and Psychiatric Staffing, Suicide Prevention Policy and Procedures, Audits and Compliance Reports, Access to Mental Health and Psychiatric Care. I have toured numerous California, Rhode Island, and Arizona state prison facilities and focused several tours on restrictive housing units and specialty programs for inmates with medical and mental health needs.

22. From 2013-2014 I was a Correctional Psychiatric Consultant to the Special Master, *Coleman v. Brown, Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California. Since 2017 I have served as a consultant to the State of California's Office of the Attorney General regarding psychiatrists, psychologists, and other mental health professional staffing and service delivery within the

California Department of Corrections and Rehabilitation (CDCR) statewide.

23. Since 1998, I have conducted numerous evaluations and site tours of various jails and prisons in Rhode Island, Connecticut, New York, Texas, California, and Arizona (both Texas and Arizona have dedicated units for juveniles adjudicated as adults). I have also conducted a site tour of a juvenile detention facility in Portland, Maine. I have toured numerous high security restrictive housing settings (formerly known as ad seg/administrative segregation) to include male and female Death Row units in Texas and Arizona. Although I do not proffer to be qualified primarily as a correctional custody expert, I am familiar with different custody and housing levels, inmate movement for various activities (custody escorts to medical clinics for medical, mental health or specialty clinic appointments, inmate movement for recreation, dining, work assignments, commissary, showers, visitation) and other operational issues.

24. I have been involved in national roles within several psychiatric organizations. Some examples include the American Psychiatric Association (Council of Psychiatry and Law), the American Academy of Psychiatry and the Law, (Past Chair of the Suicidology Committee, a committee focused on suicide phenomenology and suicide assessment and prevention), and the AACAP Children and the Law Committee (formerly known as the Rights and Legal Matters Committee). I have guided the development of correctional psychiatry resource documents, publications, policy, best practices, and position statements within the American Psychiatric Association (APA), the American Academy of Psychiatry and the Law (APPL), the American Academy of Child and Adolescent Psychiatry (AACAP), and the Texas Society of Psychiatric Physicians (TSPP). I am also a past chair, American Psychiatric Association (APA) Council of Children, Adolescents and Their Families. I am a past president of the Texas Society of Psychiatry Physicians (TSPP), and I am the current president of the Titus Harris Society. In 2005 I was named to Best Doctors in America.

25. My state medical and federal Drug Enforcement Agency (DEA) licenses are on file with the proper authorities. I hold a full and unrestricted medical license to practice in the State of Texas. I previously held full and unrestricted medical licenses in Rhode Island, Massachusetts, and Connecticut (they remain in lapsed and/or inactive status because I live and practice correctional and forensic psychiatry exclusively in Texas).

26. Although I have extensive state and national correctional health experience, I have no current or past affiliations with the Florida Department of Juvenile Justice (DJJ) health care, correctional, or administrative or other contractor staff.

All opinions stated in this document are based upon my years of training and experience, my review of the records and a reasonable degree of medical and psychiatric certainty/probability.

## MY INVOLVEMENT IN THIS MATTER

I was retained by the Lakeland, Florida based law firm of Campbell, Trohn, Tamayo, and Aranda to perform an independent forensic and correctional psychiatric review of the Florida Department of Juvenile Justice (DJJ) policies, procedures, use, risks, and safeguards in place regarding minor youth housed in secure short term DJJ detention facilities statewide who may be placed into temporary behavioral confinement [(BC) referred to as "solitary confinement" by the plaintiffs and plaintiffs' expert Dr. Louis Kraus) in various documents], and to review available past medical, mental health, treatment and DJJ records pertaining to two named minor plaintiffs (▮▮▮▮▮▮▮) in this matter. The plaintiffs argue that the use of BC causes a substantial risk of psychiatric and mental deterioration, other psychic and emotional harm, and an increased risk of suicide attempts and suicide, in particular.

I have reviewed the plaintiffs' complaints and numerous records detailed below in this report to provide my professional opinion as to whether the current restriction of DJJ youth's activities while in BC is reasonable in light of the DJJ's care, custody and control responsibilities, the juvenile's imminent safety and risk of violence to self and others, to identify any past or current medical and/or mental health conditions or other risk factors, and to identify whether placement into BC has resulted in medical or psychic harm, clinical deterioration, or pose substantial health risks to the named plaintiffs or other youths similarly situated.   In addition to record review, I also viewed videotaped depositions of the two named plaintiffs. I also conducted on-site in person tours of the following facilities Duval Regional Juvenile Detention Center (Duval JDC), Jacksonville, Florida, on March 4, 2021; Marion Regional Juvenile Detention Center (Marion JDC) Ocala, Florida, and Alachua Regional Juvenile Detention Center (Alachua JDC), Gainesville, Florida on March 5, 2021.

## OPINIONS AND BASES OF OPINIONS

After careful review of the above facts and data, and based on my training as a correctional and forensic psychiatrist, and also as a child and adolescent psychiatry, my additional qualifications as a certified correctional health professional, my direct clinical and administrative experiences totaling 22 years in juvenile correctional settings, and my correctional and forensic consultation experiences nationally, work as a physician surveyor nationally within various US correctional and ICE facilities, NCCHC accreditation and standards committee work, presentations and attendance at national correctional meetings including NCCHC and ACA, discussion with practicing correctional professionals and leaders nationally, and my current active practice and full time work within correctional settings and approximately 22 years of direct experience in correctional settings, I have sufficient basis and information to form my professional opinion to a reasonable degree of medical/psychiatric and scientific certainty:

## Asserted Substantial Risk of Serious Harm to Juveniles from Behavioral Confinement Housing

The articles cited in Dr. Kraus' declaration are asserted as evidence based scientific studies.  I conducted a literature review utilizing PubMed, a search engine that accesses primarily MEDLINE database of references and abstracts on life sciences and biomedical topics (the United States National Library of Medicine at the National Institutes of Health maintains this database).  I utilized various search terms: "adverse effects," "detained youth," detained juveniles, "incarcerated youths," "juvenile corrections," "segregation," "solitary confinement," "restrictive housing" and "administrative segregation."  I found a few published articles, but none pertained to juveniles, instead they all pertained to adults, and were adult correctional system based.  I did not locate a single controlled (using a control group or prospective design) or any empirically validated study in any juvenile detention or juvenile correctional settings.  Thus, there is no current published literature that clearly identifies an established causal relationship, cause and effect, or other identified risk of serious harm to juveniles in behavioral confinement settings.  Also, the current adult correctional system studies do not define inclusion or exclusion criteria or other key terminology such as what they mean by "solitary confinement" or "isolation."

Some articles and position statements that Dr. Kraus lists in his declaration refer to the accepted and recent emerging literature regarding juveniles and adolescent brain development, but as noted earlier, none of the articles or position statements

refer to a single controlled juvenile detention or juvenile correctional study with risk of harm, actual psychic or emotional harm using baseline and outcome criteria and assessment instruments by clinicians or research staff. The Clark article (JAAPL, 2017) which Dr. Kraus cites does not contain first-hand juvenile correctional system data but is instead a review of the adult literature, and postulates a theoretical risk to juveniles without any data to support this. Another article that Dr. Kraus referenced in his declaration (Grassian, American Journal of Psychiatry 1983) is similarly solely based on adult correctional literature, and in my professional opinion a highly problematic article from a variety of methodological, study design (lack of control group, lack of instruments) and ethical issues (lack of informed consent).    In summary my review found no available juvenile correctional literature, only a limited adult correctional literature, referring to adults housed in state prison restrictive settings (formerly known as administrative segregation) for years.  Even with the adult correctional restrictive housing there were several notable methodology issues, selection biases, and significant contradictory findings.

1) In my professional opinion the articles pertaining to adolescents and restrictive housing settings and risk of harm as cited by Dr. Kraus in his report are position statements from organizations who cite literature from attorneys and advocacy groups.  It is important to note that none of original articles underwent formal peer review by medical or psychiatric physicians, none are peer reviewed, and none were published in medical journals.  To the contrary these articles are think pieces that were written by attorneys and advocacy groups and published in legal journals or other advocacy mediums.    This is paramount because the plaintiffs in this matter argue that any type or duration of behavioral confinement (BC) in the Florida Department of Juvenile Justice (DJJ) has a resulting effect of emotional or psychic harm and poses or results in a substantial threat or risk for serious harm to the youth.  In summary, I found no controlled prospective or retrospective longitudinal studies of the negative mental health/psychological effects of detained or incarcerated juveniles published in any peer reviewed journals.  I also found no published scientifically controlled study of a group of detained or sentenced juveniles who were clinically assessed (by mental health staff or study research staff) prior to placement, while in placement, and subsequent to removal from placement using empirically validated instruments to assess depression, anxiety, PTSD, psychosis, suicidal thoughts or risk, or other mental symptoms or functioning or assessment of activities of daily living (ADL's) in restrictive housing.

11

2) These articles assert that behavioral confinement is analogous to "Solitary confinement" such as that allegedly found in supermax confinement SHU (special housing units) in the US Federal Prison system, SHU (security housing units) such as in the California state prison system (CDCR) or other administrative segregation "Ad seg," settings now typically referred to as restrictive housing settings in US state and federal prisons for adult inmates. They argue that behavioral confinement is akin to a SHU setting and they argue that there is sensory deprivation and no stimulation, and other social isolation.  These types of settings are used by state and prison correctional systems for adult individuals who are extremely aggressive, assaultive, members of prison, national, or regional gangs, also known as security threat groups (STG's).  These settings are used for longer periods of time, typically months to years.  In most of these systems, individuals are routinely assessed by nursing, medical and mental health staff to identify any medical or psychiatric contraindications to this type of placement, periodic screening and monitoring to assess for signs or symptoms of clinical deterioration.  Should there be evidence of any clinical deterioration in the months or years that an individual is housing in these long-term disciplinary settings, then health care staff would evaluate the individual to determine their medical or mental health treatment needs and provide recommendations to custody staff to have the individual moved to a specialized medical or mental health treatment setting or a different housing setting where their health care needs could be better addressed.

3) It is unreasonable to compare state and federal SHU settings with those used in the Florida DJJ system.  From my review of the policies, procedures, and practices used by the Florida DJJ, efforts are made by juvenile correctional staff to attempt to provide verbal de-escalation and other behavioral management approaches to avoid BC.  These staff will also make an effort when possible to involve qualified mental health staff to assess the youth, identify current precipitants, conflicts, or stressors, and to continue to attempt to behaviorally de-escalate the youth.  In the situations that a youth is placed into BC, this is analogous to a "time-out."  Only after the above alternatives to BC are exhausted, then the youth is placed into a BC room and is continually observed for signs of clinical deterioration versus stability and improvement.  This includes 10-minute checks by juvenile correctional officials and a mandatory review by a qualified mental health professional if the juvenile is in BC at 24 hours. At any time while in BC the

12

juvenile may request medical and/or mental health evaluations. At any juvenile correctional officials charged with supervising the juvenile every 10 minutes can call for medical and/or mental health evaluations.

4) As it relates ▇▇▇▇▇▇▇▇ in this matter ▇▇▇▇▇▇▇, having reviewed ▇▇▇▇ voluminous mental health records, it is my professional opinion that it is not possible to opine that any mental harm or psychic harm was caused by BC. It is also my opinion that there is no evidence of any serious harm caused by BC to ▇▇▇▇▇▇▇▇. In particular, the plaintiffs assert that there is a serious risk of suicide while placed in BC. My review of available records reveals that there have been no completed suicides of any Florida DJJ youth while housed in BC. Should any youth housed in BC status make a threat of self-harm or suicide, engage in self-injurious behavior (also known as self-mutilative behavior or non-suicidal self-injurious behavior), make a suicide attempts or verbalize any suicidal thoughts, ideation, intent, or plan, or any other emotional distress or make a request to speak to a mental health professional, this would prompt a mental health re-evaluation/re-assessment, and this all occurs within a reasonable and clinically appropriate and timely period.

5) The average duration of detention in the Florida DJJ for any youth is approximately 14 days. The average duration for a youth placed in BC is less than 11 hours. Thus, it is not possible to compare or to attempt to draw inferences or to assert risks of mental or psychic harm when comparing Florida DJJ youths to the above-described adult state and federal prisoners with or without pre-existing serious and persisting mental illness (also referred to as serious mental illness or chronic mental illness such as schizophrenia, other psychotic disorders, or bipolar disorders). While in BC, the youth remain in sight and sound of juvenile correctional staff. Medical and mental health care staff remain available to the youth. I learned that whenever possible, and when the youth is no longer aggressive/assaultive, efforts are made for mental health care staff to speak with/meet with/evaluate (perform a mental health evaluation and provide supportive psychotherapy/counselling) to the youth to help elucidate/identify strategies to help the youth better control their recent emotional dysregulation and to devise a plan to help return the youth back to the unit and peers and the previous activities and milieu. When deemed feasible by juvenile correctional staff juveniles in BC are provided reading and writing

13

materials. The youth is monitored every 10 minutes and has an opportunity to speak with/converse with juvenile correctional staff face-to-face. The youth and staff also have the ability to consult with mental health staff. The health checks are face to face encounters.

6) When a detained youth housed in a juvenile detention setting engages in behavioral dyscontrol and/or becomes aggressive and assaultive to other peers, juvenile correctional custody, educational, health care or other staff, and efforts to verbally de-escalate are unsuccessful, it is accepted practice for custody staff to use BC or other variations to safely manage a previously unsafe and dangerous youth who posed imminent risk of harm and safety risks to self and others. The use of BC is accepted throughout the USA in juvenile correctional settings.

7) It is paramount to note that nursing, medical, mental health or other health care staff would not be the ones to approve or clear a youth to be placed in BC. This is not the role of a health care professional in a juvenile correctional setting. To the contrary, the determination of when a youth would require placement in BC solely is a security decision. Security at all times has the overarching mission and charge of maintaining care, custody, control and safety of a youth who is engaging in aggressive and assaultive behaviors that may necessitate placement in BC, and in ensuring the safety of other minor youth and custody and health care staff. It has been my direct experience from working primarily within juvenile and adult correctional settings for greater than 20 years, that if custody staff are unable to maintain safety and order, then other juveniles and health care staff are at serious risk for physical or sexual assault, violence, or being taken hostage. When staff do not feel safe in a correctional setting, the resulting outcome is staff resignations, attrition, and an inability to recruit and retain qualified nursing, medical, dental, and mental health care and custody staff.

8) Mental health and nursing staff are present and available to any youth placed in BC status. If the youth placement into BC occurs afterhours or on weekends, designated/qualified mental health staff may be contacted by phone 24 hours a day, and if clinically indicated, these mental health staff may be called to the unit to evaluate the youth in person. The take home point is that mental health staff are there as a safety net to be available to

the youth in BC placement and as a mental health resource and educator to direct care custody staff and custody leadership.

9) Based on my review of available community mental health records, Florida DJJ records, and ████████████████████████████████, I see no evidence of any mental health deterioration or evidence of resulting psychic harm during the BC or after BC. Further the     nature of ████████ mental health conditions make it difficult at best to diagnose what if any potential harm would result for BC and/or what if any limitation modification would be required. The procedural use of 10-minute checks and availability to call for a medical and/or mental health referral serves as an adequate accommodation for any medical and/or mental health need while in BC so that an individualized assessment, diagnosis and treatment plan can be provided. The procedure in place is highly individualized in order to take into account the multiple variables related to each juvenile.  This type of procedure in place, from my perspective as a mental health professional has to be balanced against the variable security (care, custody, and control) needs of the facility which would not accommodate letting a youth out of BC and endangering other youths and staff.  The care of BC along with the 10 minute checks and medical/mental health staff availability serves to accommodate and protect any medical and/or mental health need that may arise.

10) In my professional opinion the plaintiffs attempt to overgeneralize and lump any/all DJJ youths in BC placement as having an SMI/SPMI, and similarly, that there are serious risks of placing any youth with or without an SMI/SPMI into BC and that by placing any youth into BC that this has a dangerous/deleterious and harmful effect on each youth.  To the contrary, in my training as a child and adolescent forensic psychiatrist with additional forensic psychiatry fellowship training and 20 plus years of working within juvenile and adult correctional settings, it is not possible to make a universal or blanket overgeneralization in light of the variables and facts pertinent to each juvenile.  To the contrary, this requires a separate and specific analysis of each youth.  In my opinion the plaintiff's definition of a mental disability or mental health related disability is not the same and does not qualify as a SMI (serious mental illness) or SPMI (serious and persistent mental

illness) such as that which occurs in adults such as schizophrenia, other psychotic disorders, or bipolar disorders. Any youth who is being considered for juvenile detention in the Florida DJJ system would undergo a series of evaluations to identify and rule out any potential serious or acute mental illness. For example, when taken into custody, if a youth is acting strange or odd or has other mental impairments, the youth would be taken to the nearest available emergency department for emergency mental health evaluation for consideration of a psychiatric hold for further evaluation and monitoring (e.g., a Baker act). The same option is available when the youth is taken to the JAC (juvenile assessment center) or alternative once the youth arrive at the time of intake (or at any other time during the youth's DJJ detention). To summarize, at any time a youth with a change in mental status warranting a higher level of mental health evaluation and treatment could undergo a Baker Act and be admitted to a non-Florida DJJ Baker Act treatment facility location site (typically a designated inpatient psychiatric hospital setting). It is paramount to avoid overgeneralizations when describing adolescent behavior. Within adolescents there is a tremendous and wide range of developmentally appropriate and normative behaviors that at times might include oppositional and defiant behaviors, other willful disregard for rules, limit-setting, and verbal re-direction by parents, guardians, teachers/educators, and other authority figures versus extreme and severe behavior dyscontrol sometimes referred to as behavioral dysregulation that might be associated with a mental disorder. Adolescent behavior within a juvenile detention or other correctional setting, and in particular in the subset population of youths who due to their imminent risk to staff and other youths require custodial placement into BC between a mental disorder, is even more complicated. This is due to a variety of static, dynamic, psychosocial, peer group, developmental factors and numerous confounding variables. It is therefore not always possible in a juvenile detention or a "free world" community setting to readily determine and differentiate that an adolescent who engages in an episode or series of episodes of behavioral dyscontrol whether the etiology of this behavior is a sign, symptom, or manifestation of a treated, partially treated, or untreated mental disorder, age appropriate or expected typical or "normal" adolescent behavior resulting from a stressor, precipitant, or perceived harm or threat, or alternatively is normative oppositional and defiant behavior commonly found in adolescents without any mental disorders and/or intellectual impairments. Because it is not possible to readily discern problem behaviors in a youth

16

caused by a mental disorder versus normal adolescent behaviors versus a youth who is simply oppositional and defiant, trying to gain peer acceptance/acknowledgement and respect, versus demonstrating signs and symptoms and associated impairments (as required by DSM-5) more suggestive of oppositional defiant disorder, intermittent explosive disorder, conduct disorder, features suggestive of emerging antisocial personality disorder (all are DSM-5 disorders) everything must be individualized to the specific youth and over generalizations are highly problematic.

## **Use of Behavioral Confinement by the Florida Department of Juvenile Justice in Secure Detention Settings**

11) With regard to concerns regarding allegations of violations of ADA, I believe that the safeguards in place of having each youth placed in BC being monitored at least every 10 minutes by trained juvenile correctional staff, and having nursing, medical, and mental health professionals who can be contacted and can be asked to physically evaluate a youth at any time if and when needed accommodate the risk that a juvenile medical and/or mental health status may be affected and argues against the Florida DJJ violating youths with possible mental disorders/mental health conditions argued as ADA needs/rights as protected under the ADA.

12) An allegation was made that BC caused one of the ▮▮▮▮▮▮▮▮ to engage in self-harm or a near suicide attempt with a towel in his BC cell. ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ BC. This was clearly not reflective of any mental health deterioration, disturbance of reality testing, or an actual suicide attempt, but instead was attention-seeking which is a type of normal adolescent behavior in light of the circumstances. As a result of the facility and staff    safeguards in place and the 10-minute checks put in place by the Florida DJJ and the facility staff that required immediate face to face observation, ▮▮▮ was unable to harm himself. The staff intervened in an appropriate manner and there was no resulting injury, morbidity or mortality. This further demonstrates that the Florida DJJ system and processes and practices in place worked and served as an accommodation for individuals with a possible or asserted mental disability. BC was placed on a suicide watch, underwent additional

monitoring by DJJ security staff and serial mental health evaluations. Thus, it is my understanding that the Florida DJJ does provide an ADA accommodation and has medical and mental health safety nets in place as described earlier.

13) Lastly, mental health does not have a decision-making role in when youth are placed or removed from BC. To the contrary, at all times the decision to place and remove a youth from BC is a security decision and concern. As noted earlier, if and when security staff identify any mental health concerns involving a youth who is about to be placed in or is already housed in BC status, security staff may consult with mental health care staff. To summarize, mental health does not assist with the placement into BC. Mental health consults or comes in after the decision has been made to place a youth into BC, and only after all interventions have been exhausted or been unsuccessful.

I respectfully disagree with Dr. Kraus's opinions in paragraph #28 of his declaration. I do not agree that "DJJ risks trauma to children in DJJ by locking them (sic) small, barren cells." The detention centers that I toured were older buildings but comported with typical juvenile and adult correctional facilities across the United States. I did not find any facilities to be in various states of disrepair. I am not a plumber, but I did not identify any non-functioning plumbing. The cells that I entered and viewed internally and the cells that I viewed from the cell windows were equipped with standard toilet, sinks, and other features consistent with a cell in a juvenile detention or juvenile correctional facility. There was some graffiti in some cells, but this is standard in any correctional setting. One best practice that I identified was the availability of dedicated location on certain walls to be painted with chalkboard paint, so youths could draw with colored chalk inside their cells. As a full time, correctional health care professional, I appreciate that routine maintenance, painting, and ongoing remodeling and updating of correctional facilities in particular with limited dedicated capital funds from the state legislature, is an ongoing challenge for any correctional facility and unit and regional leadership. This is particularly challenging in short term detention facilities such as jails and juvenile detention facilities, with high turnover of youths. In my experience if and when youth cause damage to the cell such as graffiti or throwing wet toilet paper that sticks to the ceiling and hardens, or other property damage, as an appropriate consequence, they are often expected to clean their own cells in particular when they but is an ongoing challenge. I did not appreciate any dirty or malodorous facilities, cells and certainly did not smell any feces or human waste at any time during my facility tours. To the contrary, a majority of the settings were clean and cleaning apparatus and products were visible or stored appropriately. It is paramount to note that in any congregate care setting such as a nursing home,

hospital, or correctional facility, smells of urine, feces, or foods will be appreciable. Dr. Kraus noted that the "appearance of the cells was similar to jails and adult prisons that I have been in that are stark with nothing on the walls." While there have been recent efforts to utilize improved architectural design and improve the behavioral milieu of adult and juvenile correctional facilities nationally, this is dependent upon limited state budgets and legislative appropriations. Dr. Kraus did not note in his report the concerted efforts of the Florida DJJ to provide age-appropriate day rooms and therapeutic milieus for DJJ youths such as videogame equipment, televisions, media, visitation rooms for family visits with ornate wall murals that are age appropriate that were present at all the facilities. In particular I noted that the Florida DJJ has gender specific milieu and programming available, such as female youth focused activities and opportunities for art and crafts and self-soothing rooms with bean bag chairs and sofas. I reserve the right to supplement my opinions based on my review of any additional information or documents.

Under 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on the 26th day of May, 2021.

_____
JOSEPH V. PENN, MD, CCHP, FAPA

SWORN TO AND SUBSCRIBED before me by means of _____ physical presence or ✓ online notarization this 26th day of May, 2021. Joseph V. Penn is personally known to me/has produced _____ as identification and did take an oath.

Sherry m Strickland
NOTARY PUBLIC:

Print Name: Sherry m Strickland

My Commission Expires: 09·15·2024

SHERRY M. STRICKLAND
Notary Public, State of Florida
My comm. expires Sept. 15, 2024
Commission Number HH 42716

Joseph V. Penn, MD, CCHP FAPA
Diplomate, American Board of Psychiatry and Neurology
Board Certified in General Psychiatry
Board Certified in Forensic Psychiatry
Board Certified in Child and Adolescent Psychiatry

19

Joseph V. Penn MD CCHP FAPA

# EXHIBIT A

J Penn MD Curriculum Vitae

Joseph V Penn MD
2-4-2021

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

April 25, 2019

CURRICULUM VITAE
**JOSEPH V. PENN, MD CCHP FAPA**

| | |
|---|---|
| Business Address: | University of Texas Medical Branch (UTMB) |
| | Correctional Managed Care (CMC) |
| | Mental Health Services |
| | 200 River Pointe Drive, Suite 200 |
| | Conroe, Texas 77304 |
| Business Telephone: | (936) 494-4183 |
| Business Fax: | (936) 494-4194 |
| E-mail: | jopenn@utmb.edu |

## EDUCATION

| | |
|---|---|
| Undergraduate | 1987 B.S. in Biology |
| | University of the Incarnate Word (formerly Incarnate Word College), San Antonio, Texas |
| | <u>Honors</u>: Alpha Chi, Academic All-American, Who's Who in American Universities & Colleges, Graduated Summa Cum Laude |
| Medical School | 1992 M.D. |
| | University of Texas Medical Branch, Galveston, Texas |
| | <u>Honors</u>: Who's Who in American Colleges/Universities, Junior Marshal |

## POSTGRADUATE EDUCATION

2014 Management Certificate
Physician Leadership Academy
University of Houston Clear Lake &
University of Texas Medical Branch, Galveston, Texas

## POSTGRADUATE TRAINING

| | |
|---|---|
| Residency | 1992-1996    General Psychiatry |
| | 1995-1996    Chief Resident |
| | Department of Psychiatry and Human Behavior, |
| | Brown University, Providence, Rhode Island |
| Residency | 1996-1998    Child and Adolescent Psychiatry |
| | Department of Psychiatry and Human Behavior, |
| | Brown University, Providence, Rhode Island |
| Fellowship | 1998-1999    Forensic Psychiatry |
| | Department of Psychiatry |
| | Yale University, New Haven, Connecticut |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## POSTGRADUATE HONORS AND AWARDS

1994   ACNP Program for Minority Research Training in Psychiatry
1994   Center for Mental Health Services Scholarship
1995   Mead Johnson Fellow, Association for Academic Psychiatry
1995   Laughlin Fellow, American College of Psychiatrists
1996   Outstanding Young Men of America
1996   Chester M. Pierce, M.D., Sc.D. Resident Research Award
1997   Lebensohn Award, American Association of General Hospital Psychiatrists
1997   Rappeport Fellow, American Academy of Psychiatry & the Law
1999   Presidential Scholar, American Academy of Child & Adolescent Psychiatry
2000   Pilot Research Award, American Academy of Child & Adolescent Psychiatry
2001   America's Registry of Outstanding Professionals
2002   Who's Who in Medicine and Healthcare
2003   Who's Who in America
2003   Who's Who in Science and Engineering
2003   Junior Faculty Development Award, Association for Academic Psychiatry
2004   Brown Medical School Teaching Recognition Award
2004   Distinguished Alumnus, University of the Incarnate Word
2004   Strathmore's Professional Honor Society
2005-  Best Doctors in America
2006   Madison Who's Who
2006   Fellow, American Psychiatric Association
2007   Who's Who Among Executives and Professionals
2007   Fellow, The Lloyd Society
2008   Member, American College of Psychiatrists
2011   Cambridge Who's Who Registry among Executives and Professionals in the Field of
       Research, Medicine, and Healthcare

## MILITARY SERVICE        None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

1993   Rhode Island Medical License # 8849
1997   Diplomate, American Board of Psychiatry & Neurology # 43847
1998   Additional Certification, Child and Adolescent Psychiatry # 4583
1998   Connecticut Medical License # 36678
1999   Texas Medical License # K7081
1999   Massachusetts Medical License # 161086
2003   Additional Certification, Forensic Psychiatry # 1438
2004   Certified Correctional Health Care Professional (CCHP), National Commission on
       Correctional Health Care
2007   Re-Certification, American Board of Psychiatry & Neurology # 43847
2013   Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology
       #1438
2017   Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology
       #43847
2017   Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry &
       Neurology #4583

2

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Conroe, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |

3

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |
| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Consultant, J Allen and Associates of Texas, Friendswood, Texas |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California. |
| 2015-2017 | Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ADDITIONAL INFORMATION

2007-2011    Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312

## HOSPITAL COMMITTEES

1994-96    Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI
1995-96    Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI

## UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior
1992-96    Policy Committee, Residency Training Program
1992-96    Selection Committee, Residency Training Program
1994    Residency Recruitment Coordination Committee
1994-96    SDDS/Primary Care Psychiatry Research Committee
1994    Search Committee, Director of General Psychiatry Residency Training Program
1998    Selection Committee, Child and Adolescent Psychiatry Residency Program

Brown University School of Medicine
2000-2002    Search Committee, Department of Pediatrics
2003-2007    Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology

University of Texas Medical Branch Correctional Managed Care
2008-    Continuing Medical Education (CME) Committee
2008-2010    County Jail Pharmacy and Therapeutics Committee
2008-    Mental Health Services Policy Committee
2008-    Quality Council
2008-    Mental Health Inpatient Leadership Group (Chair)
2009-2011    Medical Executive Committee (Chair)
2009-    Executive Council

## NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals
2003-2004    Education Committee
2005-2008    Membership Committee
2006-2008    Board of Directors
2007-2008    Education Committee

American Academy of Child and Adolescent Psychiatry
1997-2000    Television and the Media Committee
1999-    Rights and Legal Matters Committee
1999-2002    Task Force on Juvenile Justice Reform
2002-2006    Committee on Juvenile Justice Reform
2016-    Children and the Law Committee

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

American Board of Psychiatry and Neurology
1998-        2001 Psychiatry Re-Certification Committee
2001-2004    Re-appointed, Psychiatry Re-Certification Committee
2006         Examiner, Part II General Psychiatry Examination Committee
2001-2006    Examiner, Child and Adolescent Psychiatry Examination Committee
2007-2014    Forensic Psychiatry Examination Committee

American Academy of Psychiatry and the Law
1998-        Rappeport Fellowship Committee
2006-        Suicidology Committee
2010-12      Institutional and Correctional Psychiatry
2011-        (Chair) Suicidology Committee

American College of Psychiatrists
2014-2017    Committee on the Education Award

American Correctional Association
2013-        Health Care Committee
2013-        Mental Health Committee

American Psychiatric Association
2012-2014    Workgroup on Persons with Mental Illness in the Criminal Justice System
2014-        Workgroup on Mental Illness and Criminal Justice

Association for Academic Psychiatry
2003-2004    Program Committee

Coalition for Juvenile Justice
2001-2002    Membership Committee

National Commission on Correctional Health Care
2003-        Juvenile Health Committee
2003-2004    Standards Revision Task Force, Standards for Health Services in Juvenile Detention and Confinement Facilities
2005         Program Committee
2005         (Chair) Clinical Guidelines Monitoring Subcommittee
2006-2007    (Vice-Chair) Clinical Guidelines Monitoring Subcommittee
2006-2010    Executive Committee, Member At-Large
2007-2008    (Chair) Juvenile Health Committee
2007-2008    Clinical Guidelines Monitoring Subcommittee
2008-2010    Finance Committee
2011-2014    (Chair) Juvenile Health Committee
2011-        Executive Committee
2011-        Accreditation Committee
2012-2014    (Vice Chair) Accreditation Committee
2013         Standards Revision Task Force, Standards for Health Services in Jails and Prisons
2014-        (Chair) Accreditation Committee
2014-        Certified Correctional Health Professional-Mental Health (CCHP-MH) Committee
2014-        Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities
2016         Standards Revision Task Force, Standards for Health Services in Jails and Prisons

7

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Rhode Island Department of Children, Youth, and Families

| | |
|---|---|
| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| | |
|---|---|
| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| | |
|---|---|
| 2008- | Correctional Managed Care Pharmacy and Therapeutics Committee |
| 2008- | Psychiatry Subcommittee |
| 2008-2009 | Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | Joint Suicide Prevention Operational Workgroup |
| 2008- | Joint Mental Health Committee |
| 2008- | Suicide Prevention Working Group |
| 2008- | System Leadership Council |
| 2009-2011 | Joint Mental Health Work Group (Chair) |
| 2012-2017 | Joint Gender Identity Disorder Committee |
| 2012- | Integrated Mental Health Procedure Committee |
| 2014-2016 | Joint Mental Health Work Group (Chair) |
| 2017- | Joint Gender Identity Disorder Committee (Co-Chair) |
| 2017- | Correctional Managed Care Pharmacy and Therapeutics Committee (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

| | |
|---|---|
| 2009-2014 | Advisory Committee |

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)

| | |
|---|---|
| 2008- | Youth Health Services Leadership Council |
| 2008- | Youth Services Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Subcommittee |
| 2008- | Psychiatry Subcommittee |
| 2016- | (Chair) Youth Services Pharmacy and Therapeutics Committee |

Texas Society of Psychiatric Physicians

| | |
|---|---|
| 2009- | Government Affairs Committee |
| 2009-2012 | Public Mental Health Services Committee |
| 2009- | Strategic Planning and Coordinating Committee |
| 2012-2013 | (Vice-Chair) Forensic Psychiatry Committee |
| 2013- | Continuing Medical Education Committee |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| 2013- | (Chair) Forensic Psychiatry Committee |
| 2013- | Executive Council |
| 2018-2019 | President |

## MEMBERSHIP IN SOCIETIES

| 1987-99 | American Medical Association |
| 2002-2003 | American Medical Association |
| 1992- | Theta Kappa Psi Medical Fraternity Alumni |
| 1992- | American Psychiatric Association |
| 1993-2008 | Rhode Island Psychiatric Society |
| 1995- | American Academy of Child and Adolescent Psychiatry |
| 1996-2004 | Association for Academic Psychiatry |
| 1996-98 | Rhode Island Medical Society |
| 1997-98 | American Association of General Hospital Psychiatrists |
| 1997-98 | Brown University Housestaff Association |
| 1999-2008 | Rhode Island Council of Child and Adolescent Psychiatry |
| 1997- | American Academy of Psychiatry and the Law |
| 1998-99 | Connecticut Psychiatric Society |
| 2002- | Academy of Correctional Health Professionals |
| 2008- | Texas Society of Psychiatric Physicians |
| 2008- | Texas Society of Child and Adolescent Psychiatry |
| 2009- | American College of Psychiatrists |
| 2011- | American College of Physician Executives |

## PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD Journal of the International Neuropsychological Society 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings General Hospital Psychiatry 1997;19:179-184.

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints Clin Neuropsychologist 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility J Am Acad Child Adolesc Psychiatry 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. Psychiatry 2005 2005; 8:14-19.

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. Assessment 2005, 12:384-394.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. <u>J Am Acad Child Adolesc Psychiatry</u> 2005; 10:1085-1098.

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. <u>J Correctional Health Care</u>  2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents.  <u>Psychiatry</u> (Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. <u>J Child Adol Substance Abuse</u>  2008; Volume  17, Issue 4: 41-56.

11. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ.  Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. <u>The American Journal of Psychiatry</u> 2009; Volume 166, Issue 1:103-109.

12. Baillargeon J**, Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications.  <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. <u>American Journal of Community Psychology</u> 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. <u>Adm Policy Ment Health</u> 2010; Volume 37, Number 4:367-74.

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R.  Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. <u>Journal of Correctional Health Care</u> 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. <u>International Journal of Prisoner Health</u> 2011; *7*, 4-16.

19. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. <u>Journal of Correctional Health Care</u> 2013; Volume 19, Number 3: 211-217.

20. McKee J, **Penn JV**, Koranek A.  Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. <u>Journal of Correctional Health Care</u> 2014; 20(3):249-260.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

21. Trestman, RL (Chair), **Penn JV**, et al. <u>Psychiatric Services in Correctional Facilities: Third Edition</u> A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

22. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J**, Burns K, Ourada J.  The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections.    J Am Acad Psychiatry Law 46:242-43, 2018. DOI:10.29158/JAAPL.003762-18

**OTHER PEER-REVIEWED PUBLICATIONS**

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences</u> 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences</u> 1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, <u>Medicine and Health Rhode Island</u> 2005;9:310-317.

**OTHER NON-PEER REVIEWED PUBLICATIONS**

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) <u>Journal of Clinical Psychopharmacology</u> 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents.  In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, <u>Annual Review of Psychiatry</u>, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

5. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn  JV**. Attention-Deficit/Hyperactivity Disorder: Review Questions. <u>Hospital Physician</u> 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? <u>Parenting</u> 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

9. **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

10. **Penn JV**. Child and Adolescent Depression: Review Questions. Hospital Physician 2002; 1:39-40.

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In Child and Adolescent Psychiatric Clinics of North America. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. Standards for Health Services in Juvenile Detention and Confinement Facilities National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. In Recommendations for Juvenile Justice Reform. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. AACAP News, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. Correct Care, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In Psychiatric Clinics of North America. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. Psychiatry 2006. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry.  In R.J. Goldberg, Practical Guide to the Care of the Psychiatric Patient, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint.  In C. Kessler and L. Kraus, The Mental Health Needs of Young Offenders, Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) Journal of the American Academy of Psychiatry and the Law. 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. Psychiatric Times. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" Arch Pediatr Adolesc Med. 2008 Mar;162(3):281-3.

24. Baillargeon J, Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection CorrDocs. Volume 11, Issue 3:12.

25. Baillargeon J, **Penn JV**, (Letter to Editor) The American Journal of Psychiatry 2009; 166:490.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System). Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.** Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, Violent Crime: Clinical and Social Implications, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In Oxford Textbook of Correctional Psychiatry. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In Oxford Textbook of Geriatric Forensic Psychiatry. Edited by Holzer J, Kohn R, Recupero P, and Ellison, J. Oxford University Press, New York, NY (in press).

30. **Penn JV**, Weinstein HC. Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition. Edited by Sadock BJ, Sadock VA and Ruiz P, Lippincott Williams & Wilkins, Philadelphia, PA (in press).

## ABSTRACTS

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7. Penn JV, Boland RJ, McCartney JR. (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

8. Penn JV, Boland RJ, McCartney JR. (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9. Penn JV, Holden P, Hendren RL. (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A. (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestmant R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

## INVITED PRESENTATIONS

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation

18

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications:  What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

88. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

93. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94. "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

96. "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

97. "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98. "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100. "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101. "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104. "Lessons Learned from Inside the Fence:  Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

105. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107. "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108. "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

110. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111. "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112. "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113. "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

114. "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

115. "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117. "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118. "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120. "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121. "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122. "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

123. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125. "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

159. "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160. "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161. "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference On Correctional Health Care, Las Vegas, Nevada, 2014.

162. "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163. Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164. "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

165. "Assessment & Prevention of Suicide and Self-Injurious Behaviors:  Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166. "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167. "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168. "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169. "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170. "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171. "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172. "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173. "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

174. "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176. "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas.

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## GRANTS

1. Penn (PI)                                    01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional
   Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and
   Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)                                    01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan Developmental
   Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

3. Penn (PI)                                    06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with
   Mental Health and Substance Abuse Issues." Source: Lifespan Risk Management,
   Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, Ph.D.)        02/01/2008-01/13/2013
   "HIV Prevention in the Family Drug Court." Source: National Institute of Drug Abuse
   (NIDA)
   Role: Consultant

## UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical
   Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and
   Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series,
   Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group
   Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children
   and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony
   in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent
   Forensic Psychiatry Seminar Series, (single seminar).

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent
   Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk
   Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single
   seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island
   Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

## HOSPITAL TEACHING ROLES

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).