# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

G.H., a minor, by and through his parent
and legal guardian, GREGORY HENRY;
R.L., a minor, by and through her parent
and legal guardian, ANGEL CARTER;
B.W., a minor, by and through her parent
and legal guardian, LEROI LUZUNARIS;
on behalf of themselves and all persons
similarly situated,

     Plaintiffs,

v.                    CASE NO.: 4:19-cv-00431-RLF-MJF

JOSEFINA TAMAYO, in her official
capacity as Acting Secretary of the Florida
Department of Juvenile Justice; and
FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, an agency of the State of Florida,

     Defendants.

_____/

## AFFIDAVIT OF RYAN M. LABRECQUE
## REGARDING DETENTION SERVICES

STATE OF FLORIDA.
COUNTY OF _Seminole_

    PERSONALLY APPEARED before me, the undersigned authority,

RYAN M. LABRECQUE, who, after being duly sworn upon his oath, states

and affirms as follows:

1.     My name is Ryan M. Labrecque, PhD. I am over 18 years of age and have personal knowledge of the matters described below.

**Qualifications**

2.     I earned my Doctor of Philosophy (Ph.D.) degree in Criminal Justice from the University of Cincinnati in 2015 after serving for nearly a decade in several correctional practitioner roles within the New Hampshire and Maine Departments of Corrections, including working as a Correctional Officer, Mental Health Counselor, Juvenile Program Specialist, Social Worker, and Probation and Parole Officer. I am currently employed as an Assistant Professor in the Department of Criminal Justice at the University of Central Florida. I previously served in the same role for the Department of Criminology and Criminal Justice at Portland State University (Oregon). My Curriculum Vita (C.V.) is attached.

3.     The primary goal of my research is to assist correctional agencies in implementing interventions and strategies that can improve offender well-being and decrease criminal behavior. As such, the focus of my scholarship is to (1) provide objective and methodologically rigorous evaluations of correctional policies and practices, and (2) transfer knowledge to practitioners, administrators, and policymakers. Notably, my research often examines the use and impact of solitary confinement and includes the

use of randomized controlled trials, quasi-experiments with advanced statistical procedures (e.g., multivariate regression analysis, time series analysis, propensity score modeling analysis), systematic reviews, and meta-analysis.

4.   I have been awarded 10 research grants totaling nearly $950,000. Most notably, I received a Graduate Research Fellowship from the National Institute of Justice to conduct a longitudinal evaluation of the impact of solitary confinement on measures of inmate rule compliance in the Ohio state prison system. I also received an Early Career Program Award from the National Institute of Justice to conduct a mixed methods investigation of inmate violence and misconduct in the Los Angeles County jail system. In addition, I am currently a Co-Principal Investigator on an Encouraging Innovation Grant funded by the Bureau of Justice Assistance to develop and evaluate two interrelated cognitive-behavioral prison treatment programs: (1) a prevention program (*Free Your Mind in Prison*), and (2) a segregation program (*Free Your Mind in Segregation*). The treatment protocol and curricula are currently being implemented in the Oregon and North Dakota state prison systems. I am also presently a Co-Principal Investigator on a project funded by the Charles Koch Foundation to develop, implement, and evaluate a solitary confinement step-down program

(*Step Up Program*). This program is currently being implemented in the Oregon state prison system.

5.     I have conducted research and authored 70 journal articles, book chapters, and technical reports on topics related to institutional and community corrections. Twenty-two of these publications have been about solitary confinement. One of my articles advanced and tested competing theoretical perspectives on the use of solitary confinement (Labrecque & Mears, 2019). Another study meta-analyzed the predictors of placement in solitary confinement (Labrecque, 2018). My colleague and I also created and validated the Risk Assessment for Segregation Placement (RASP) to predict the probability of an inmate being placed in solitary confinement during their commitment (Labrecque & Smith, 2019a). In addition, I published an article that examined the effect of time spent in solitary confinement on measures of institutional adjustment (Labrecque & Smith, 2019b). My research has further assessed the moderating influence of gender (Labrecque, Mears, & Smith, 2020) and gang affiliation status (Motz, Labrecque, & Smith, 2021) on the impact of solitary confinement on institutional misconduct. My colleagues and I also conducted a meta-analysis of the literature on the psychological, physiological, and behavioral effects of solitary confinement (Morgan et al., 2016). My work also includes systematic reviews of the literature on the

mental health (Gendreau & Labrecque, 2018) and behavioral impacts of solitary confinement (Labrecque & Smith, 2018). Finally, I have also published a content analysis of the solitary confinement policies in 48 state and federal prison systems (Labrecque et al., 2021) and an evaluation of public support for the use of solitary confinement (LaBranche & Labrecque, 2021).

6.      I have presented eight invited papers and 34 submitted papers at various regional, national, and international academic and practitioner conferences, 17 of which have been on the topic of solitary confinement. I also participated in a 2015 topical work group organized by the National Institute of Justice on the use of solitary confinement in the United States where I presented my research to more than 80 experts from federal, state, and local corrections agencies, advocacy groups, academia and research organizations, and the Department of Justice. Additionally, I was commissioned by the National Institute of Justice to write a White Paper on the use and function of solitary confinement in the United States (Labrecque, 2016). I have also testified twice before the Oregon House and Senate Judiciary Committees, facilitated a professional webinar on propensity score modeling, and served as an Expert Witness in a class-action lawsuit over the use of solitary confinement in Ontario, Canada.

7.     I am an active member of the American Society of Criminology (ASC) and Academy of Criminal Justice Sciences (ACJS) organizations. I currently serve as an Executive Counselor for the ACJS Corrections Section and a Member of the ACJS Public Policy Committee. I received an Outstanding Paper Award from ACJS, a Junior Faculty Award from Portland State University, and a Student Paper Award from the ASC Division on Corrections and Sentencing. I am also the Associate Editor of the *Corrections: Policy, Practice and Research (CPPR)* journal and an Associate and Section Editor (Correctional Program Implementation and Policy Evaluation Section) of the *International Journal of Offender Therapy and Comparative Criminology (IJOTCC)*.

## Background and Involvement in Case

8.     The Plaintiff has filed a motion for class certification that alleges the use of behavioral confinement (i.e., solitary confinement) by the Florida Department of Juvenile Justice "poses a substantial risk of serious harm for *all* [emphasis added] children in secure detention" (p. 7). The motion includes an affidavit prepared by the Plaintiff's expert, Dr. Kraus (see Exhibit 5). I was retained by the Defendant's Counsel to opine whether his affidavit represents an objective assessment of the scientific literature on the psychological effects of solitary confinement.

9.     In his affidavit, Dr. Kraus makes three claims about the research on solitary confinement and its impact on the mental health of juveniles that do not accurately represent the current state of scientific knowledge. First, Dr. Kraus states that there is an "*extensive* [emphasis added] body of literature regarding the psychiatric effects of solitary confinement" (pp. 7-8). Second, Dr. Kraus indicates that "solitary confinement can be dangerous for *anyone* [emphasis added]" (p. 9). Third, Dr. Kraus emphasizes that "juveniles are *particularly vulnerable* [emphasis added] to a risk of significant psychological effects from solitary confinement" (p. 9). In this document, I draw upon the scientific literature to outline how these statements are inaccurate and misleading. More specifically, I will distinguish between experimental and non-experimental studies, discuss the advantages and disadvantages of both approaches, and summarize the current state of knowledge on the psychological effects of solitary confinement.

## Nature of the Solitary Confinement Literature

10.     In his affidavit, Dr. Kraus describes an "extensive" body of literature on the psychiatric effects of solitary confinement. Although solitary confinement has been an increasing topic of discussion in academic, legal, and other popular media outlets, it is important to recognize that this research includes two types: (1) those with experimental methods (i.e., involves the

systematic collection and analysis of data under experimental conditions),
and (2) those without experimental methods (i.e., does not involve the
systematic collection and analysis of data under experimental conditions).
Even though investigations with experimental designs are more informative,
studies of this type are not only low in frequency but are also greatly
outnumbered by non-experimental research (e.g., case studies, reviews,
commentaries).

11.     To illustrate this point, my colleagues and I reviewed 150 studies
as part of a meta-analysis (i.e., a quantitative synthesis of the literature) on
the impacts of solitary confinement and we found that only 14 met our study
inclusion criteria (i.e., study had to take place in a custodial setting, include
a comparison group, evaluate an outcome measure, contain sufficient data
to calculate an effect size [i.e., a statistical measure of the magnitude of the
relationship between solitary confinement and the outcome of interest], and
be written in English; see Morgan et al., 2016). Six of these studies were
evaluations of behavioral outcomes (i.e., post-release recidivism,
institutional misconduct). When limited to psychological and physiological
outcomes, the number of included studies was reduced to eight. Another
systematic review of the solitary confinement literature identified 13
experimental studies, only seven of which reported to contain sufficient

information to calculate an effect size for meta-analysis (Luigi, Dellazizzo, Giguère, Goulet, & Dumais, 2020).

12.    Given the current state of the literature on the psychiatric effects of solitary confinement, it is disingenuous to characterize this research base as "extensive" without qualifying that the majority of what is written on this topic is non-experimental and acknowledging that very few experimental studies exist. Furthermore, many scholars providing reviews of this literature have described how *little* empirical research exists and have made calls for *more* experimental research on this topic (see e.g., Garcia, 2016; Gendreau & Labrecque, 2018; Glancy & Murray, 2006; Luigi et al., 2020; Mears et al., 2019; Morgan et al., 2016).

### Psychological Impacts of Solitary Confinement

13.    In his affidavit, Dr. Kraus also suggests that solitary confinement is harmful to everyone. In supporting this position, however, he discusses only non-experimental research and does not reference any experimental research on the psychiatric effects of solitary confinement. Whether his dismissal of the experimental studies was purposive or unintentional, it is important to recognize that the conclusions drawn from these two types of research studies often differ substantively. Whereas non-experimental research has often purported that solitary confinement causes very severe

and long-lasting psychological damage, the experimental research has generally revealed that solitary confinement produces much less severe effects across a variety of psychological indicators.

14.    Within the non-experimental literature, there are further two sub-types of research: (1) narrative reviews and commentaries that typically involve the non-systematic collection and selective discussion of research on solitary confinement, and (2) qualitative or case studies that typically involve interviews with inmates who have been held in extreme forms of isolation for long durations. Due to the lack of scientific rigor in non-experimental studies, this type of research should be interpreted cautiously.

**Non-Experimental Research**

***Narrative Reviews and Commentaries***

15.    Narrative reviews and commentaries provide a mechanism to summarize what is known about solitary confinement. This type of research is also highly susceptible to author biases. For example, one may be more likely to search out information that conforms to their preexisting values or that they wish to be true for partisan reasons such as personal gain or preservation of self-identity (Kahan, Landrum, Carpenter, Helft, & Jamieson, 2017; Nickerson, 1998). People may also be reluctant to challenge the validity of their pre-existing beliefs (Pennycook & Rand, 2019) and even

when presented with information that conflicts with those beliefs, one may simply ignore the information altogether (Cobb, Nyhan, & Reifler, 2012).

16.     Narrative reviews and commentaries are by far the most common type of research in the solitary confinement literature. These writings, however, often do not provide a balanced assessment of the research. Instead, many of these works tend to reference only studies that support the position that solitary confinement is seriously psychologically damaging and dismiss (or omit) studies that fail to support this claim. Most of the citations referenced as evidence of psychiatric harm in Dr. Kraus' affidavit fall under the category of narrative reviews and commentaries.

**Qualitative or Case Studies**

17.     Qualitative or case studies often include non-structured interviews with a small number of inmates who have spent a considerable amount of time in extreme forms of isolation (often measured in years). One of the advantages of this type of scholarship is that it can provide more nuanced information about an offender and his/her situation and psychological condition. These studies, however, do not include relevant comparison groups and lack the ability to estimate causal relationships. Additionally, these studies are often conducted under extreme conditions

and unique circumstances which call into question the generalizability of the results to the less severe and more common uses of solitary confinement.

18.   As an example, one of the case studies cited in the affidavit is Grassian (1983). In this study, Grassian interviewed 14 inmates who were held in a solitary confinement unit at the Walpole Prison in Massachusetts. Based on his forensic assessment of these individuals, Grassian concluded that each person suffered severe psychological damage because of their experience in the solitary confinement setting. Despite the popularity of this study—which as of this writing has 413 citations according to Google Scholar—several researchers have raised serious concerns about its research design (for a review see Labrecque, Gendreau, Morgan, & King, 2020). These concerns include that the study participants were plaintiffs in a class-action lawsuit against the Massachusetts Department of Corrections claiming that the use of solitary confinement was a cruel and unusual punishment in violation of their eighth amendment rights, and Grassian was an expert witness retained on behalf of the inmates. Under these circumstances, both parties clearly benefited from the reporting of negative effects. Furthermore, Grassian (1983) acknowledged that his interviewing strategy was "to encourage disclosure of information, to provide reassurance, and persistently to confront and explore gaps in the reported

accounts" (p. 1451). As such, it is difficult to determine which statements are actual symptoms that the inmates experienced and which were made to simply please the interviewer (see also Gendreau & Labrecque, 2018).

19.   In addition to the potential researcher and respondent biases, there are other methodological shortcomings that limit the generalizability of Grassian's (1983) findings. For instance, the study included a sample of only 14 inmates. In addition, the investigation did not include a comparison group, which makes it impossible to determine the extent to which the phenomena observed were due to the experience of solitary confinement. Finally, the study involved a post-test only design, which raises a concern about temporal ordering. As mentally ill inmates are more prone for placement in solitary confinement generally (see e.g., Dellazizzo, Luigi, Giguère, Goulet, & Dumais, 2020; Labrecque, 2018; Siennick, Picon, Brown, & Mears 2021), a failure to include prior mental health information may have inadvertently attributed the cause of such placement as its effect.

## Experimental Research

20.   Experimental research employs experimental methods to test for quantitative differences in standardized measures of psychological functioning (e.g., anxiety, depression, hostility) between individuals who have been placed in solitary confinement and those from a comparison group

who remained in the general prison population. By their design, this type of study allows researchers to estimate the magnitude of the impact of solitary confinement on psychiatric outcomes of interest. The inclusion of a comparison group is vital in this regard as it allows researchers the ability to approximate how individuals may have fared in the absence of being placed in solitary confinement. In contrast to the non-experimental research, this body of scholarship has generally concluded that solitary confinement has far less of an impact on one's psychological well-being.

21.   For example, a study in the Canadian federal prison system reported that although inmates in solitary confinement displayed poorer mental health functioning than those in the general prison population, there was no evidence of significant psychological deterioration found among those segregated for a period of 60 days (Zinger, Wichmann, & Andrews, 2001). An evaluation in the Colorado state prison system further reported that inmates held in solitary confinement for one year had similar psychological outcomes to comparison groups in (a) the general prison population and (b) a specialized psychiatric care facility (O'Keefe et al., 2010; see also O'Keefe, Klebe, Stucker, Sturm, & Leggett, 2013; and Walters, 2018). Another study in the Kansas state prison system found that although inmates in solitary confinement reported higher levels of distress (e.g.,

anxiety, depressed mood, posttraumatic stress), these inmates generally did not worsen on these measures as time held in segregation increased (Chadick, Batastini, Levulis, & Morgan, 2018). In their review of the literature on the psychiatric effects of solitary confinement, Glancy and Murray (2006) stated that "there is little evidence to conclude that the majority of the prison population kept in solitary confinement for a variety of reasons experience negative mental health effects" (p. 366). See also Gendreau and Labrecque (2018), Glancy and Murray (2006), Kapoor and Trestman (2016), Luigi et al. (2020), and Morgan et al. (2016).

22.    Experimental evaluations attempt to isolate the impact of solitary confinement on the psychological measures of interest by controlling for other competing influences. Although this type of research includes a comparison group and can be used to estimate causal relationships, these studies are also limited in number, types of measures analyzed, and vary in methodological quality. One of the major advantages of this research type, however, is its ability to contribute to meta-analysis.

23.    Meta-analysis is "widely accepted as a method of summarizing the results of empirical studies within the behavioral, social, and health sciences" (Lipsey & Wilson, 2001, p. 1). In a meta-analytic investigation, researchers seek to combine the results of multiple empirical studies on a

topic into one comprehensive database which allows for the computation of an overall effect size for each outcome of interest. The conclusions that can be drawn from a meta-analysis are statistically stronger than the findings from any one study, due to the increased sample size, greater diversity among subjects, and accumulation of results (see also Bornstein, Hedges, Higgins, & Rothstein, 2009).

24.   Separate meta-analytic investigations have concluded that solitary confinement produces small to moderate mental health effects (Luigi et al., 2020; Morgan et al., 2016). The strength of this association has further been shown to be lower when considering only studies that are rated higher on methodological rigor (i.e., stronger research design, include more comparable control group; see also Morgan, Labrecque, Gendreau, Ramler, & Olafsson, 2017). Dr. Kraus' affidavit does not reference any of the experimental research or prior meta-analyses despite the relevance to this case.

**Research on Juveniles in Solitary Confinement**

25.   In his affidavit, Dr. Kraus contends that juveniles are more vulnerable to the adverse effects of solitary confinement. Despite the recent increase in public and scholarly attention toward solitary confinement, the experimental research conducted to date has largely focused on samples of

adult males in prison. This has left far less known about the potential impacts of solitary confinement among other subgroups and settings, such as juveniles in detention centers. To my knowledge, there has not been any experimental studies published on the psychological effects of juveniles in solitary confinement under any circumstances. Given this lack of research, it remains speculative to assume that juveniles will necessarily suffer worse psychiatric impacts than other offender subgroups. It is also questionable to presume that the findings of the case studies or experimental studies—which often include assessments of adults held in solitary confinement for months or years—would necessarily generalize to juveniles who may be held in this type of setting for hours or days.

26.   In advancing his argument, Dr. Kraus references a national survey of suicides in juvenile confinement (i.e., detention centers, training schools/security facilities, reception/diagnostic centers, residential treatment centers). As part of this study, Hayes (2009) collected information about 110 juvenile suicides occurring in these confinement settings among 38 states between 1995 and 1999. Forty-one of these incidents were excluded from analysis because the deaths were unknown to the state departments of juvenile corrections. From the remaining sample of 79 juveniles, 40 (or

50.6%) were held in solitary confinement at the time of their death and 49 (or 62.0%) had a history of solitary confinement.

27.   It is important to note that Hayes' (2009) findings are descriptive, not causal. Given the study design, it is unknown how many juveniles were confined or experienced solitary confinement in the surveyed facilities that did not commit suicide during this time frame. This information would provide the opportunity to calculate the proportion of suicides among those held in (or were exposed to) solitary confinement, which could be compared to the proportion of suicides among those who were not held in (or were never exposed to) solitary confinement. Additionally, it is quite probable that other factors had an influence on both who is placed in solitary confinement and who committed suicide (e.g., mental illness, prior suicidal behavior, substance abuse history, other situational factors). This study does not account for any of these potential influences.

### Concluding Remarks

28.   In summary, there are three areas in which the Dr. Kraus' affidavit does not represent an objective assessment of the scientific literature on the psychological effects of solitary confinement. First, while Dr. Kraus indicates that there is an "extensive" body of literature written on this topic, he fails to distinguish between experimental and non-experimental

research or acknowledge that the number of non-experimental studies (e.g., case studies, reviews, commentaries) far outnumber those that are experimental.

29.    Second, Dr. Kraus states that solitary confinement is dangerous for everyone. His affidavit, however, only references non-experimental studies which support this position, and it does not acknowledge any research that counters this view. Dr. Kraus also does not discuss any of the experimental studies or meta-analyses published on this topic, which have generally concluded that solitary confinement produces only small to moderate, rather than large, psychological effects.

30.    Finally, Dr. Kraus suggests that juveniles are more likely to suffer harm from the experience of solitary confinement. Most of the research—experimental and non-experimental—includes samples of adult males in prison, leaving little known about the effects of this practice among juveniles. To my knowledge, there have been no empirical studies conducted on the psychological effects of juvenile solitary confinement to date. From an empirical standpoint, it is unsound to conclude that juveniles necessarily suffer more psychological harm from solitary confinement.

## References

Bornstein, M., Hedges, L. V., Higgins, J. P. T., & Rothstein, H. R. (2009). *Introduction to meta-analysis*. John Wiley and Sons.

Chadick, C. D., Batastini, A. B., Levulis, S. J., & Morgan, R. D. (2018). The psychological impact of solitary: A longitudinal comparison of general population and long-term administratively segregated male inmates. *Legal and Criminological Psychology, 23*, 101–116.

Cobb, M. D., Nyhan, B., & Reifler, J. (2012). Beliefs don't always persevere: How political figures are punished when positive information about them is discredited. *Political Psychology, 34*, 307–326.

Dellazizzo, L., Luigi, M., Giguère, C., Goulet, M., & Dumais, A. (2020). Is mental illness associated with placement into solitary confinement in correctional settings? A systematic review and meta-analysis. *International Journal of Mental Health Nursing, 29*, 576-589.

Garcia, M. (Ed.). (2016). *Restrictive housing in the U.S.: Issues, challenges, and future directions*. National Institute of Justice.

Gendreau, P., & Labrecque, R. M. (2018). The effects of administrative segregation: A lesson in knowledge cumulation. In J. Wooldredge & P. Smith (Eds.), *Oxford handbook on prisons and imprisonment* (pp. 340-366). Oxford University Press.

Glancy, G. D., & Murray, E. L. (2006). The psychiatric aspects of solitary confinement. *Victims and Offenders, 1*, 361–368.

Grassian, S. (1983). Psychopathological effects of solitary confinement. *American Journal of Psychiatry, 140*, 1450–1454.

Hayes, L. M. (2009). *Juvenile suicide in confinement: A national study*. Office of Juvenile Justice and Delinquency Prevention.

Kahan, D. M., Landrum, A., Carpenter, K., Helft, L., & Jamieson, K. H. (2017). Science curiosity and political information processing. *Political Psychology, 38*, 179–199.

Kapoor, R., & Trestman, R. (2016). Mental health effects of restrictive housing. In M. Garcia (Ed.), Restrictive housing in the U.S.: Issues, challenges, and future directions (pp. 199–232). National Institute of Justice.

00898571-1

LaBranche, K., & Labrecque, R. M. (2021). Public support for solitary confinement: A randomized experiment of belief updating and confirmation bias. *Victims and Offenders, 16*, 266-281.

Labrecque, R. M. (2016). The use of administrative segregation and its function in the institutional setting. In M. Garcia (Ed.), *Restrictive housing in the U.S.: Issues, challenges, and future directions* (pp. 49-84). National Institute of Justice.

Labrecque, R. M. (2018). Taking stock: A meta-analysis of the predictors of restrictive housing. *Victims and Offenders, 13*, 675-692.

Labrecque, R. M., Campbell, C. M., LaBranche, K. J., Reddy, L., Zavita, K. R., & Morgan, R. D. (2021). Administrative segregation: A review of state and federal policies. *Criminal Justice Policy Review.* Advanced on-line publication.

Labrecque, R. M., Gendreau, P., Morgan, R. M., & King, M. (2020). Revisiting the Walpole prison solitary confinement study: A content analysis. *Psychology, Public Policy, and Law, 26*, 378–391.

Labrecque, R. M., & Mears, D. (2019). Prison system vs. critics' views on the use of restrictive housing: Objective risk classification or ascriptive assignment? *The Prison Journal, 99*, 194-218.

Labrecque, R. M., Mears, D., & Smith, P. (2020). Gender and the effect of disciplinary segregation on prison misconduct. *Criminal Justice Policy Review, 31*, 1193-1216.

Labrecque, R. M., & Smith, P. (2018). The impacts of restrictive housing: A systematic review of the evidence. In B. Huebner & N. Frost (Eds.), *Handbook on corrections and sentencing (Vol. 3): The collateral consequences of punishment* (pp. 290-310). Routledge.

Labrecque, R. M., & Smith, P. (2019a). Reducing institutional disorder: Using the Inmate Risk Assessment for Segregation Placement (RASP) to triage treatment services at the front-end of prison sentences. *Crime and Delinquency, 65*, 3-25.

Labrecque, R. M., & Smith, P. (2019b). Assessing the impact of time spent in restrictive housing confinement on subsequent measures of institutional adjustment among men in prison. *Criminal Justice and Behavior, 46*, 1445-1455.

Lipsey, M. W., & Wilson, D. B. (2001). *Practical meta-analysis*. Sage.

Luigi, M., Dellazizzo, L., Giguère, C., Goulet, M., & Dumais, A. (2020). Shedding light on "the hole": A systematic review and meta-analysis on adverse psychological effects and mortality following solitary confinement in correctional settings. *Frontiers in Psychiatry*, 11, 840.

Mears, D., Hughes, V., Pesta, G., Bales, W., Brown, J., Cochran, J., & Wooldredge, J. (2019). The new solitary confinement? A conceptual framework for guiding and assessing research and policy on "restrictive housing." *Criminal Justice and Behavior, 46*, 1427–1444.

Morgan, R. D., Gendreau, P., Smith, P., Gray, A. L., Labrecque, R. M., MacLean, N., Van Horn, S., Bolanos, A. D., Batastini, A. B., & Mills, J. F. (2016). Quantitative synthesis of the effects of administrative segregation on inmates' well-being. *Psychology, Public Policy, and Law, 22*, 439-461.

Morgan, R. D., Labrecque, R., Gendreau, P., Ramler, T., & Olafsson, B. (2017). Questioning solitary confinement: Is administrative segregation as bad as alleged? *Corrections Today, 79*, 18–22.

Motz, R. T., Labrecque, R. M., & Smith, P. (2021). Gang affiliation, restrictive housing, and institutional misconduct: Does disciplinary segregation suppress or intensify gang behavior? *Journal of Crime and Justice, 44*, 49-65.

Nickerson, R. S. (1998). Confirmation bias: A ubiquitous phenomenon in many guises. *Review of General Psychology, 2*, 175–220.

O'Keefe, M. L., Klebe, K. J., Metzner, J., Dvoskin, J., Fellner, J., & Stucker, A. (2013). A longitudinal study of administrative segregation. *Journal of the American Academy of Psychiatry and the Law, 41*, 49–60.

O'Keefe, M. L., Klebe, K. J., Stucker, A., Sturm, K., & Leggett, W. (2010). *One year longitudinal study of the psychological effects of administrative segregation*. Colorado Department of Corrections.

Pennycook, G., & Rand, D. G. (2019). Lazy, not biased: Susceptibility to partisan fake news is better explained by lack of reasoning than by motivated reasoning. *Cognition, 188*, 39–50.

Siennick, S. E., Picon, M., Brown, J. M., & Mears, D. P. (2021). Revisiting and unpacking the mental illness and solitary confinement relationship. *Justice Quarterly*. Advanced on-line publication.

Walters, G. D. (2018). Checking the math: Do restrictive housing and mental health need add up to psychological deterioration? *Criminal Justice and Behavior, 45*, 1347–1362.

Zinger, I., Wichmann, C., & Andrews, D. A. (2001). The psychological effects of 60 days in administrative segregation. *Canadian Journal of Criminology, 43*, 47–83.

FURTHER AFFIANT SAITH NOT.

_____

RYAN M. LABRECQUE

SWORN TO AND SUBSCRIBED before me by means of _____ physical presence OR _____ online notarization this 21st day of _____May_____, 2021.  He is personally known to me/has produced _____ as identification and did take an oath.

NOTARY PUBLIC: _____

Jean M. Bagga
Notary Public
State of Florida
Comm# HH055586
Expires 10/21/2024

Print Name: ___Jean Bagga___

My Commission Expires: ___10/21/2024___

CURRICULUM VITAE

# Ryan M. Labrecque, PhD

Assistant Professor
Department of Criminal Justice
University of Central Florida
12805 Pegasus Drive
Orlando, FL 32816-1600
E-mail: ryan.labrecque@ucf.edu

## EDUCATION

| | |
|---|---|
| 2015 | Doctor of Philosophy<br>School of Criminal Justice, University of Cincinnati |
| 2010 | Master of Science<br>School of Criminal Justice, University of Cincinnati |
| 2005 | Master of Science<br>School of Human Services, Springfield College |
| 2004 | Bachelor of Science<br>Department of Criminal Justice, Hesser College |

## ACADEMIC/PROFESSIONAL POSITIONS

| | |
|---|---|
| 2019-present | Assistant Professor<br>Department of Criminal Justice, University of Central Florida |
| 2015-2019 | Assistant Professor<br>Department of Criminology and Criminal Justice, Portland State University |
| 2010-2015 | Research Assistant<br>School of Criminal Justice, University of Cincinnati |
| 2009-2010 | Adjunct Professor<br>School of Criminal Justice, Andover College |
| 2008-2010 | Adult Probation and Parole Officer<br>Maine Department of Corrections |
| 2007-2008 | Correctional Social Worker<br>Maine Department of Corrections |
| 2006-2007 | Juvenile Program Specialist<br>Maine Department of Corrections |

| 2005 | Mental Health Counselor<br>Hillsborough County Department of Corrections |
| 2001-2004 | Correctional Officer<br>New Hampshire Department of Corrections |

## AWARDS AND FELLOWSHIPS

| 2020 | William L. Simon/Routledge Outstanding Paper Award, Academy of Criminal Justice Sciences. |
| 2020 | Research Course Release Grant, College of Community Innovation and Education, University of Central Florida. |
| 2018 | Craig Wollner Junior Faculty Award, College of Urban and Public Affairs, Portland State University. |
| 2017 | New Investigator/Early Career Program Award, National Institute of Justice. |
| 2014 | Graduate Research Fellow, National Institute of Justice. |
| 2013 | Student Paper Award, American Society of Criminology's Division on Corrections and Sentencing. |

## GRANTS

| Under review | Co-Principal Investigator with Matt Nobles. Drugs in prison: Isolating the points of entry. Submitted to the *National Science Foundation* ($300,000). |
| 2020-2021 | Co-Principal Investigator with Jill Viglione. Staff Training Aimed at Reducing Rearrest (STARR) curriculum: Measuring and tracking fidelity and quality. Funded by the *United States Probation Office for the Middle District of Florida* ($35,000). |
| 2019-2021 | Co-Principal Investigator with David C. Pyrooz and Bert Useem. Preparing high-risk inmates for successful reentry: Development and evaluation of a restrictive housing step down program in Oregon. Funded by the *Charles Koch Foundation* ($127,000). |
| 2019 | Co-Principal Investigator with Christopher M. Campbell. Examining justice reinvestment in Oregon: Isolating effects of pretrial detention on prison sentences. Funded by the *Oregon Criminal Justice Commission* ($10,000). |
| 2018-2019 | Co-Principal Investigator with Kris Henning. The creation and validation of the Oregon Public Safety Checklist-Revised (PSC-R). Funded by the *Oregon Department of Corrections* ($35,000). |

| | |
|---|---|
| 2017-2020 | Principal Investigator. Interpersonal violence and institutional misconduct in jails: An empirical investigation of adverse events in the Los Angeles County Jail System. Funded by the *National Institute of Justice New Investigator/Early Career Program in the Social and Behavioral Sciences and Science, Technology, Engineering, and Mathematics (STEM) Grant* (Award #2017-IJ-CX-0037; $185,000). |
| 2016-2020 | Co-Principal Investigator with Paula Smith. Evaluation of a cognitive-behavioral program for inmates in administrative segregation. Funded by the *Bureau of Justice Assistance, FY16 Encouraging Innovation: Field Initiated Programs Grant* (Award #2016-AJ-BX-K048; $462,000). |
| 2016-2017 | Co-Principal Investigator with Christopher M. Campbell. Panacea or poison: Can propensity score modeling (PSM) methods replicate the results from randomized control trials (RCTs)? Funded by *National Institute of Justice, FY16 Analysis of Existing Data Grant* (Award #2016-R2-CX-0030; $40,000). |
| 2016 | Principal Investigator. Evaluation of the California Department of Corrections and Rehabilitation (CDCR) Security Housing Unit (SHU) Step Down Program (SDP). Funded by *Portland State University, Faculty Enhancement Grant* ($15,000). |
| 2016 | Co-Principal Investigator with Christopher M. Campbell. Fairness and respect in corrections: Examining the role of procedural justice in reducing harm and disorder in prison. Funded by *Portland State University, Hatfield Public Service Grant* ($2,500). |
| 2014-2015 | Principal Investigator. Reducing prison misconduct with evidence-based administrative segregation policies. Funded by the *National Institute of Justice, Graduate Research Fellowship (GRF) Grant* (Award #2014-IJ-CX-0003; $32,000). |

## PUBLICATIONS

*[NOTE: Publications are arranged by year. \* denotes a graduate student co-author.]*

**Journal Articles**

Labrecque, R. M. (in press). Security threat management in prison: Revalidation and revision of the inmate Risk Assessment for Segregation Placement. Forthcoming in *The Prison Journal.*

Labrecque, R. M., Campbell, C. M., LaBranche, K. J.\*, Reddy, L.\*, Zavita, K. R.\*, & Morgan, R. D. (2021). Administrative segregation: A review of state and federal policies. *Criminal Justice Policy Review.* Advanced on-line publication.

Labrecque, R. M. (2021). Interpersonal violence and institutional misconduct in the Los Angeles County jail system: A mixed methods investigation. *International Journal of Offender Therapy and Comparative Criminology.* Advanced on-line publication.

LaBranche, K.*, & Labrecque, R. M. (2021). Public support for solitary confinement: A randomized experiment of belief updating and confirmation bias. *Victims and Offenders, 16*(2), 266-281.

Motz, R. T.*, Labrecque, R. M., & Smith, P. (2021). Gang affiliation, restrictive housing, and institutional misconduct: Does disciplinary segregation suppress or intensify gang behavior? *Journal of Crime and Justice, 44*(1), 49-65.

Labrecque, R. M., & Viglione, J. (2021). The impact of a community supervision officer training program on client outcomes: A propensity score modeling analysis by officer training dosage. *Criminal Justice and Behavior*, *48*(3), 315-331.

Campbell, C. M., Labrecque, R. M., Mohler, M. E.*, & Christmann, M. J.* (2020). Gender and community supervision: Examining differences in violations, sanctions, and recidivism outcomes. *Crime and Delinquency*. Advanced on-line publication.

Viglione, J., & Labrecque, R. M. (2020). Core correctional practices in community supervision: An evaluation of a policy mandate to increase probation officer use of skills. *International Journal of Offender Therapy and Comparative Criminology*. Advanced on-line publication.

Campbell, C. M., Labrecque, R. M., Schaefer, R., LaBranche, K.*, Macias, K. R.*, Harvis, M.*, & Reddy, L.* (2020). Do perceptions of legitimacy and fairness matter in prison?: Examining how procedural and distributive justice relate to misconduct. *Criminal Justice and Behavior, 47*(12), 1630-1653.

Labrecque, R. M., Gendreau, P., Morgan, R. D., & King, M. M.* (2020). Revisiting the Walpole prison solitary confinement study: A content analysis of the studies citing Grassian (1983). *Psychology, Public Policy, and Law, 26*(3), 378-391.

Labrecque, R. M., Mears, D., & Smith, P. (2020). Gender and the effect of disciplinary segregation on prison misconduct. *Criminal Justice Policy Review, 31*(8), 1193-1216.

Campbell, C. M., Labrecque, R. M., Sanchagrin, K., & Weinerman, M. (2020). Gauging detention dosage: Assessing the impact of pretrial detention on sentencing outcomes using propensity score matching. *Journal of Criminal Justice, 70,* article 101719, 1-14.

^ William L. Simon/Routledge Outstanding Paper Award, ACJS (2020).

Pyrooz, D. C., Labrecque, R. M., Tostlebe, J. J.*, & Useem, B. (2020). Views on COVID-19 from inside prison: Perspectives of high-security prisoners. *Justice Evaluation Journal*, *3*(2), 294-306.

Labrecque, R. M., & Mears, D. (2019). Prison system vs. critics' views on the use of restrictive housing: Objective risk classification or ascriptive assignment? *The Prison Journal*, *99*(2), 194-218.

Aaby, M.*, & Labrecque, R. M. (2019). An assessment of sentencing disparities among American Indians within the Eighth, Ninth, and Tenth Federal Circuit Courts. *Corrections: Policy, Practice and Research*. Advanced on-line publication.

Labrecque, R. M., & Smith, P. (2019). Assessing the impact of time spent in restrictive housing confinement on subsequent measures of institutional adjustment among men in prison. *Criminal Justice and Behavior, 46*(10), 1445-1455.

Labrecque, R. M., & Smith, P. (2019). Reducing institutional disorder: Using the Inmate Risk Assessment for Segregation Placement (RASP) to triage treatment services at the front-end of prison sentences. *Crime and Delinquency, 65*(1), 3-25.

^ Reprinted in *Corrections: A text/reader* (3rd ed.) by M. K. Stohr, A. Walsch, and C. Hemmens (2018, Sage Publications).

Labrecque, R. M. (2018). Taking stock: A meta-analysis of the predictors of restrictive housing. *Victims and Offenders, 13*(5), 675-692.

Labrecque, R. M., Campbell, C. M., Elliot, J.*, King, M.*, Christmann, M.*, Page, K.*, McVay, J., & Roller, K. (2018). An examination of the inter-rater reliability and rater accuracy of the Level of Service/Case Management Inventory (LS/CMI). *Corrections: Policy, Practice and Research, 3*(2), 105-118.

Labrecque, R. M., Scherer, H., & McCafferty, J. T. (2018). Reducing violence in correctional institutions: Revalidation of the Inmate Risk Assessment for Violent, Nonsexual Victimization (RVNSV). *Violence and Victims, 33*(1), 126-141.

Labrecque, R. M., Schweitzer, M., & Mattick, K. L.* (2018). A quasi-experimental evaluation of a juvenile justice reinvestment initiative. *Journal of Crime and Justice, 41*(1), 49-61.

^ Featured by the National Institute of Justice, Office of Justice Programs (2020).

Kennedy, J. P., Wilson, J. M., & Labrecque, R. M. (2017). Towards a more proactive approach to brand protection: Development of the Organizational Risk Assessment for Counterfeiting (ORAC). *Global Crime, 18*(4), 329-352.

Labrecque, R. M., & Smith, P. (2017). Does training and coaching matter? An 18-month evaluation of a community supervision model. *Victims and Offenders, 12*(2), 233-252.

^ Featured by the National Institute of Justice, Office of Justice Programs (2016).

Morgan, R. D., Labrecque, R. M., Gendreau, P., Ramler, T.*, & Olafsson, B.* (2017, September/October). Questioning solitary confinement: Is administrative segregation as bad as alleged? *Corrections Today*, *79*, 18-22, 78.

Schweitzer, M., Labrecque, R. M., & Smith, P. (2017). Reinvesting in the lives of youth: A targeted approach to reducing recidivism. *Criminal Justice Policy Review, 28*(3), 207-219.

Morgan, R. D., Gendreau, P., Smith, P., Gray, A. L., Labrecque, R. M., MacLean, N.*, Van Horn, S.*, Bolanos, A. D.*, Batastini, A. B.*, & Mills, J. F. (2016). Quantitative synthesis of the effects of administrative segregation on inmates' well-being. *Psychology, Public Policy, and Law, 22*(4), 439-461.

Labrecque, R. M., & Smith, P. (2015). Strategies for improving offender risk prediction: An examination of methods. *Journal of Criminal Justice and Legal Issues, 3,* 1-20.

^ American Society of Criminology Division on Corrections and Sentencing Student Paper Award (2013).

Labrecque, R. M., Smith, P., & Luther, J. D. (2015). A quasi-experimental evaluation of a model of community supervision. *Federal Probation, 79*(3), 14-19.

Labrecque, R. M., Luther, J., Smith, P., & Latessa, E. J. (2014, May/June). Responding to the needs of probation and parole: The development of the Effective Practices in Community Supervision Model with Families. *Offender Programs Report, 18*(1), 1-2, 6, 11-13.

Labrecque, R. M., Schweitzer, M., & Smith, P. (2014). Exploring the perceptions of the offender-officer relationship in a community supervision setting. *Journal of International Criminal Justice Research, 1,* 31-46.

Labrecque, R. M., Smith, P., Lovins, B. & Latessa, E. J. (2014). The importance of reassessment: How changes in the LSI-R risk score can improve the prediction of recidivism. *Journal of Offender Rehabilitation*, *53*(2), 116-128.

Labrecque, R. M., Smith, P., & Wooldredge, J. (2014). Creation and validation of an inmate risk assessment for violent, nonsexual victimization. *Victims and Offenders, 9*(3), 317-333.

Labrecque, R. M., Schweitzer, M., & Smith, P. (2013). Probation and parole officer adherence to the core correctional practices: An evaluation of 755 offender-officer interactions. *Advancing Practices, 3,* 20-23.

Labrecque, R. M., Smith, P., Schweitzer, M., & Thompson, C. (2013). Targeting antisocial attitudes in community supervision using the EPICS model: An examination of change scores on the Criminal Sentiment Scale. *Federal Probation*, *77*(3), 15-20.

Smith, P., Labrecque, R. M., Smith, W. E., & Latessa, E. J. (2012). Development and implementation of a case review conference model for juveniles: A structured approach to learning from unsuccessful probationers. *Federal Probation, 76*(3), 3-7.

Smith, P., Schweitzer, M., Labrecque, R. M., & Latessa, E. J. (2012). Improving probation officers' supervision skills: An evaluation of the EPICS model. *Journal of Crime and Justice, 35*(2), 189-199.

**Technical Reports**

Labrecque, R. M. (2020). *Interpersonal violence and institutional misconduct in jails: An empirical investigation of adverse outcomes in the Los Angeles county jail system*. Washington, DC: National Institute of Justice.

Viglione, J., & Labrecque, R. M. (2020). *Evaluation of the Staff Training Aimed at Reducing Rearrest (STARR) curriculum in the Middle District of Florida.* Prepared for the United States Probation Office for the Middle District of Florida in Tampa, FL.

Campbell, C. M., & Labrecque, R. M. (2019). *Effect of pretrial detention in Oregon*. Prepared for the Oregon Criminal Justice Commission in Salem, OR.

Henning, K., & Labrecque, R. M. (2019). *The creation and validation of the Oregon Public Safety Checklist-Revised (PSC-R)*. Prepared for the Oregon Department of Corrections in Salem, OR.

Campbell, C. M., & Labrecque, R. M. (2018). *Panacea or poison: Can propensity score modeling (PSM) methods replicate the results from randomized control trials (RCTs)?* Washington, DC: National Institute of Justice.

Campbell, C. M., Labrecque, R. M., Harvis, M.*, Macias, K. R.*, Reddy, L.*, & LaBranche, K.* (2018). *Fairness and respect in institutional corrections: Examining the role of procedural justice in reducing harm and disorder in prison.* Prepared for the Maine Department of Corrections in Augusta, ME.

Smith, P., Motz, R.*, & Labrecque, R. M. (2018). *Evaluation of the Hamilton County Community Corrections Adult Residential Program: Fiscal years 2013-2014, 2014-2015, 2015-2016, and 2016-2017.* Prepared for the Hamilton County Community Corrections in Noblesville, IN.

Labrecque, R. M. (2016). The use of administrative segregation and its function in the institutional setting. In M. Garcia (Ed.), *Restrictive housing in the U.S.: Issues, challenges, and future directions* (pp. 49-84). Washington, DC: National Institute of Justice.

^ Volume received an Award of Excellence from the National Association of Government Communicators (2017).

Labrecque, R. M. (2015). *The effect of solitary confinement on institutional misconduct: A longitudinal evaluation.* Washington, DC: National Institute of Justice.

Labrecque, R. M., & Schweitzer, M. (2013). *Targeted RECLAIM: 2012 University of Cincinnati outcome study.* Prepared for the Ohio Department of Youth Services in Columbus, OH.

Latessa, E. J., Smith, P., Schweitzer, M., & Labrecque, R. M. (2013). *Evaluation of the Effective Practices in Community Supervision model (EPICS) in Ohio.* Prepared for the Office of Criminal Justice Services in Columbus, OH.

Smith, P., & Labrecque, R. M. (2013). *Evaluation of the Hamilton County Community Corrections Adult Residential and Electronic Monitoring Program: Fiscal years 2011-2012, 2012-2013.* Prepared for the Hamilton County Community Corrections in Noblesville, IN.

Labrecque, R. M., & Schweitzer, M. (2012). *Targeted RECLAIM: University of Cincinnati outcome study.* Prepared for the Ohio Department of Youth Services in Columbus, OH.

Latessa, E. J. & Labrecque, R. M. (2012). *Results from the National Criminal Justice Treatment Practices Survey at the Riverbend Correctional Facility.* Prepared for the Riverbend Correctional Facility in Milledgeville, GA.

Latessa, E. J. & Labrecque, R. M. (2012). *Results from the National Criminal Justice Treatment Practices Survey at the Washington Department of Corrections.* Prepared for the Washington Department of Corrections in Tumwater, WA.

Schweitzer, M., Brusman-Lovins, L., & Labrecque, R. M. (2012). *Targeted RECLAIM quality assurance project: University of Cincinnati status report.* Prepared for the Ohio Department of Youth Services in Columbus, OH.

Smith, P., & Labrecque, R. M. (2012). *Evaluation of the Hamilton County Community Corrections Adult Residential Program: Fiscal Years 2010-2011, 2011-2012.* Prepared for the Hamilton County Community Corrections in Noblesville, IN.

Smith, P., Labrecque, R. M., & Thompson, C. (2012). *Evaluation of the Hamilton County Community Corrections Electronic Monitoring Program: Fiscal years 2009-2010, 2010-2011.* Prepared for the Hamilton County Community Corrections in Noblesville, IN.

Schweitzer, M., Brusman-Lovins, L., & Labrecque, R. M. (2011). *Targeted RECLAIM quality assurance project: University of Cincinnati status report.* Prepared for the Ohio Department of Youth Services in Columbus, OH.

Smith, P., & Labrecque, R. M. (2011). *Summary of case review conferences for Hamilton County Juvenile Court.* Prepared for the Hamilton County Juvenile Court in Cincinnati, OH.

## Book Chapters

Labrecque, R. M. (2020). Issue 15: Solitary confinement. In B. Reece & C. D. Marcum (Eds.), *Controversial issues in criminal justice: An active learning approach* (pp. 287-302). San Diego, CA: Cognella Academic Publishing.

Labrecque, R. M., & Smith, P. (2018). The impacts of restrictive housing: A systematic review of the evidence. In B. Huebner & N. Frost (Eds.), *Handbook on corrections and sentencing (Vol. 3): The collateral consequences of punishment* (pp. 290-310). New York, NY: Routledge.

Gendreau, P., & Labrecque, R. M. (2018). The effects of administrative segregation: A lesson in knowledge cumulation. In J. Wooldredge & P. Smith (Eds.), *Oxford handbook on prisons and imprisonment* (pp. 340-366). Oxford, UK: Oxford University Press.

Labrecque, R. M. (2018). Probation in the United States: A historical and modern perspective. In O. H. Griffin & V. Woodward (Eds.), *Handbook of corrections in the United States* (pp. 155-164). New York, NY: Routledge.

Labrecque, R. M. (2018). Specialized or segregated housing units: Implementing the principles of risk, needs, and responsivity. In K. D. Dodson (Ed.), *Handbook of offenders with special needs* (pp. 69-83). New York, NY: Routledge.

Smith, P., Mueller, L. M.*, & Labrecque, R. M. (2018). Employment and vocation programs in prison. In J. Wooldredge & P. Smith (Eds.), *Oxford handbook on prisons and imprisonment* (pp. 454-472). Oxford, UK: Oxford University Press.

Labrecque, R. M., & Smith, P. (2013). Advancing the study of solitary confinement. In J. Fuhrmann & S. Baier (Eds.), *Prisons and prison systems: Practices, types, and challenges* (pp. 57-70). Hauppauge, NY: Nova Science Publishers.

## Encyclopedia Entries

Labrecque, R. M. (2019). Segregation in prisons, administrative. In R. D. Morgan (Ed.), *Encyclopedia of criminal psychology* (pp. 1306-1308). Thousand Oaks, CA: Sage Reference.

Labrecque, R. M. (2019). Segregation in prisons, disciplinary. In R. D. Morgan (Ed.), *Encyclopedia of criminal psychology* (pp. 1313-1315)*.* Thousand Oaks, CA: Sage Reference.

King, M.*, & Labrecque, R. M. (2018). Prison escapes. In V. B. Worley & R. M. Worley (Eds.), *American prisons and jails: An encyclopedia of controversies and trends in American prisons* (pp. 206-208)*.* Santa Barbara, CA: ABC-CLIO, LLC.

King, M.*, & Labrecque, R. M. (2018). Typology of correctional officers. In V. B. Worley & R. M. Worley (Eds.), *American prisons and jails: An encyclopedia of controversies and trends in American prisons* (pp.136-138). Santa Barbara, CA: ABC-CLIO, LLC.

Schweitzer, M., Labrecque, R. M., & Smith, P. (2014). Rehabilitation. In B. Arrigo (Ed.), *Encyclopedia of criminal justice ethics* (pp. 784-788)*.* Thousand Oaks, CA: Sage Reference.

## Online Media

Pyrooz, D. C., Labrecque, R. M., Tostlebe, J. J.*, & Useem, B. (2020, June 4). Using social science to understand and respond to Covid-19 in jails and prisons. *Social Science Research Council, Items (https://bit.ly/2Y1d2kT).*

Labrecque, R. M. (2018, April 17). How a new inmate triage system could reduce the use of solitary confinement and improve prison safety. *The London School of Economics and Political Science, USAPP American Politics and Policy blog (http://bit.ly/2H9hkgi).*

## Manuscripts Under Review

Labrecque, R. M., Tostlebe, J. J.*, & Useem, B., & Pyrooz, D. (under review). Reforming solitary confinement: The development, processes, and preliminary health impacts of a restrictive housing step down reentry program in Oregon. Submitted to *Health and Justice*.

Viglione, J., Alward, L. M.*, & Labrecque, R. M. (under review). Probation officer attitudes towards Staff Training Aimed at Reducing Rearrest. Submitted to *Federal Probation.*

## Manuscripts in Progress

Labrecque, R. M., Viglione, J., & Caudy, M. (in progress). The impact of community supervision officer training: A systematic review and meta-analysis. To be submitted to *Justice Quarterly*.

Campbell, C. M., & Labrecque, R. M. (in progress). Panacea or poison: Can propensity score modeling strategies replicate the results of randomized controlled trials in criminal justice research? To be submitted to *Journal of Experimental Criminology.*

Dollar, C. W.\*, Campbell, C. M., & Labrecque, R. M. (in progress). Does justice reinvestment work?: An interrupted time-series analysis of an Oregon initiative on felony incarceration and recidivism outcomes. To be submitted to *Crime and Delinquency.*

Labrecque, R. M. & Gendreau, P. (in progress). Why criminal justice sanctions don't work: A meta-analysis and theoretical critique of solitary confinement. To be submitted to *Criminal Justice and Behavior.*

## CONSULTANT SERVICES

| | |
|---|---|
| 2020-2025 | Consultant with Rhys Hester. Review and revalidation of the First Step Act risk assessment tool. Funded by the *National Institute of Justice* (Award # GS-00F-219CA DJO-NIJ-16-G-0127 FSA2). |
| 2020 | Consultant. Principal Investigator Jill Viglione. Evaluation of the Staff Training Aimed at Reducing Rearrest (STARR) curriculum in the Middle District of Florida. Funded by the *United States Probation Office for the Middle District of Florida.* |
| 2016 | Consultant. Principal Investigator Paula Smith. Evaluation of the adult work release program in Hamilton County, Indiana. Funded by the *Hamilton County Community Corrections, Noblesville, IN.* |
| 2015-2016 | Consultant. Principal Investigator Paula Smith. Evaluation of incentives and sanctions for community corrections. Funded by the *Indiana Judicial Center, Indianapolis, IN.* |
| 2014-2015 | Consultant. Principal Investigator Paula Smith. Implementation and evaluation of case management and evidence-based community supervision practices. *Funded by the Indiana Judicial Center, Indianapolis, IN.* |
| 2014-2015 | Consultant. Principal Investigator Paula Smith. Re-analysis of probation workload measures data. *Funded by the Indiana Judicial Center, Indianapolis, IN.* |

## EXPERT TESTIMONY

| | |
|---|---|
| 2021 | Expert witness. *Gregory Henry et al. v. Simone Marstiller et al.* (Case No.: 4:19cv431-MW/CAS). Florida Department of Juvenile Justice, Tallahassee, FL. |
| 2019 | Expert witness. *Conrey Francis v. Her Majesty the Queen in Right of Ontario.* Ministry of the Solicitor General, Ontario, Canada. |

## PRESENTATIONS

*[NOTE: Presentations are arranged by year. * denotes a graduate student co-presenter.]*

### Invited Presentations

Campbell, C. M., & Labrecque, R. M. (2020, November). *Gauging the effects of pretrial detention on sentencing outcomes in Oregon*. Presented to the Multnomah County Judges Meeting in Portland, OR.

Campbell, C. M., & Labrecque, R. M. (2019, September). *Gauging the effects of pretrial detention on sentencing outcomes in Oregon*. Presented at the National Association of Pretrial Services Agencies annual conference in San Diego, CA.

Campbell, C. M., & Labrecque, R. M. (2019, May). *Effect of pretrial detention in Oregon*. Presented to the House and Senate Judiciary Committees in Salem, OR.

Labrecque, R. M., Dobbs, G., Heiden, Z., & Skibba, R. (2019, April). *Solitary confinement: Restorative or ruthless?* Participant in debate at the Berkeley Forum in Berkeley, CA.

Campbell, C. M., Labrecque, R. M., Sanchagrin, K., & Weinerman, M. (2019, February). *Examining the effect of pretrial detention in Oregon sentencing*. Presented at the Oregon Justice Reinvestment Summit and What Works in Public Safety Conference Summit in Salem, OR.

Henning, K., & Labrecque, R. M. (2017, February). *Risk assessment in criminal justice.* Presented at the Oregon Justice Reinvestment Summit and What Works in Public Safety Conference Summit in Salem, OR.

Labrecque, R. M. (2016, May). *Domestic violence risk assessments: Considerations for selection and use.* Presented to the House and Senate Judiciary Committees in Salem, OR.

Labrecque, R. M. (2015, October). *Who ends up in administrative segregation? Predictors and other characteristics.* Presented at the National Institute of Justice meeting on the use of administrative segregation in the United States in Arlington, VA.

Smith, P., Labrecque, R. M., Warner, J., & Mattick, K. L. (2014, November). *Integrating the RNR framework into community supervision: A review of strategies to enhance fidelity.* Presented at the meeting of the Collaboration of Researchers for the Effective Development of Offender Supervision (CREDOS) in San Francisco, CA.

Smith, P., Schweitzer, M., Labrecque, R. M., & Latessa, E. J. (2011, September). *The development and implementation of an evidence-based, cognitive-behavioral treatment curriculum for sex offenders.* Presented at the annual meeting of the International Community Corrections Association in Cincinnati, OH.

**Webinars**

Campbell, C. M., & Labrecque, R. M. (2019, February). *Can PSM strategies replicate RCT results in criminal justice research? A meta-analytic investigation*. Hosted by the Justice Research and Statistical Association.

**Conference Presentations**

Campbell, C. M., Labrecque, R. M., Weinerman, M., Sanchagrin, K. (2019, November). *Prepping defendants for prison: Examining the effects of pretrial detention on sentencing*. Presented at the annual meeting of the American Society of Criminology in San Francisco, CA.

Labrecque, R. M., & Prins, C. A. (2019, November). *Revalidation of the inmate risk assessment for segregation placement (RASP): Implications for policy and practice in Oregon.* Presented at the annual meeting of the American Society of Criminology in San Francisco, CA.

Labrecque, R. M. (2019, September). *An empirical approach toward reducing violence in jail: The development and validation of the Inmate Risk Assessment for Perpetration (IRAP) and the Inmate Risk Assessment for Victimization (IRAV).* Presented at the annual meeting of the Southern Criminal Justice Association in Nashville, TN.

Labrecque, R. M., & Gendreau, P. (2019, May). *Is solitary confinement an effective punisher of prison misconduct? Theory and meta-analysis.* In R. D. Morgan (Chair), symposium on *Administrative segregation: Who is in, is it harmful, and is it effective?* conducted at the fourth meeting of the North American Correctional and Criminal Justice Psychology (N4) Conference in Halifax, Canada.

Campbell, C. M., & Labrecque, R. M., Sanchagrin, K., & Weinerman, M. (2019, March). *Examining justice reinvestment in Oregon: Isolating effects of pretrial detention on prison sentences.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Baltimore, MD.

Labrecque, R. M., Gendreau, P., Morgan, R. M., & King, M. (2019, February). *Revisiting the Walpole prison solitary confinement study: A content analysis*. Presented at the annual meeting of the Western Society of Criminology in Honolulu, HI.

Campbell, C. M., & Labrecque, R. M. (2018, November). *How reliable is propensity score modeling in criminal justice? Follow-up findings from meta-analyzed tests of PSM.* Presented at the annual meeting of the American Society of Criminology in Atlanta, GA.

Labrecque, R. M., & Smith, P. (2018, November). *The impact of restrictive housing on inmate behavior: A systematic review of the evidence.* Presented at the annual meeting of the American Society of Criminology in Atlanta, GA.

Campbell, C. M., Labrecque, R. M., Schaefer, R., Harvis, M.*, Macias, K. R.*, Reddy, L.*, & LaBranche, K.* (2018, February). *Fairness and respect in institutional corrections: Examining the role of procedural justice in reducing harm and disorder in prison.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in New Orleans, LA.

Labrecque, R. M., & Smith, P. (2018, February). *Creation and validation of the Inmate Risk Assessment for Segregation Placement (RASP).* Presented at the annual meeting of the Academy of Criminal Justice Sciences in New Orleans, LA.

Campbell, C. M., & Labrecque, R. M. (2017, November). *Panacea or poison: Can propensity score modeling replicate the results from randomized control trials? — Part I.* Presented at the American Society of Criminology in Philadelphia, PA.

Labrecque, R. M., & Campbell, C. M. (2017, November). *Panacea or poison: Can propensity score modeling replicate the results from randomized control trials? — Part II.* Presented at the American Society of Criminology in Philadelphia, PA.

Aning, D., Smith, P., & Labrecque, R. M. (2017, July). *The effect of disciplinary segregation on juvenile inmates: A propensity score analysis.* Presented at the annual meeting of the International Academy of Law and Mental Health in Prague, Czech Republic.

Smith, P., & Labrecque, R. M. (2017, July). *The effect of long-term exposure to solitary confinement on institutional misconduct: A propensity score analysis.* Presented at the annual meeting of the International Academy of Law and Mental Health in Prague, Czech Republic.

Campbell, C. M., Labrecque, R. M., Mohler, M.*, & Christmann, M.* (2017, March). *Comparisons in parole supervision: Assessing gendered responses to technical violation sanctions.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Kansas City, MO.

Labrecque, R. M., Scherer, H., & McCafferty, J. T. (2017, March). *Reducing violence in correctional institutions: Revalidation of the Inmate Risk Assessment for Violent, Nonsexual Victimization (RVNSV).* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Kansas City, MO.

Motz, R.*, Labrecque, R. M., & Smith, P. (2017, March). *The effect of gang affiliation on post-solitary confinement institutional misconduct.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Kansas City, MO.

Labrecque, R. M. (2016, November). *Assessing for racial disparity in the use and effects of disciplinary segregation: A propensity score matching analysis.* Presented at the annual meeting of the American Society of Criminology in New Orleans, LA.

Labrecque, R. M., Smith, P., & Gendreau, P. (2015, November). *Gender-based differences in the effects of solitary confinement on institutional behavior.* Presented at the annual meeting of the American Society of Criminology in Washington, DC.

Smith, P., Labrecque, R. M., & Gendreau, P. (2015, July). *An evaluation of the impact of solitary confinement on offenders with mental illness.* Presented at the annual meeting of the International Academy of Law and Mental Health in Vienna, Austria.

Smith, P., Gendreau, P., & Labrecque, R. M. (2015, June). *The impact of solitary confinement on inmate behavior: A meta-analytic review.* In S. Wormith (Chair), symposium on *Managing solitary confinement: Policies, practices, and research* conducted at the fourth meeting of the

North American Correctional and Criminal Justice Psychology (N3) Conference in Ottawa, Canada.

Labrecque, R. M., & Smith, P. (2015, March). *Unpacking the 'black box' of solitary confinement: A five-year longitudinal study of inmates in Ohio.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Orlando, FL.

Labrecque, R. M., Schweitzer, M., Mattick, K. L., & Latessa, E. J. (2014, November). *Assessing the differential effects in Targeted RECLAIM: A moderator analysis of treatment type on recidivism.* Presented at the annual meeting of the American Society of Criminology in San Francisco, CA.

Mattick, K. L., Labrecque, R. M., Schweitzer, M., & Latessa, E. J. (2014, November). *Decreasing the Ohio DYS population: A longitudinal evaluation of Targeted RECLAIM.* Presented at the annual meeting of the American Society of Criminology in San Francisco, CA.

Schweitzer, M., Labrecque, R. M., Mattick, K. L., & Latessa, E. J. (2014, November). *Reducing recidivism through Targeted RECLAIM: A matched sample outcome evaluation.* Presented at the annual meeting of the American Society of Criminology in San Francisco, CA.

Labrecque, R. M., Luther, J., Schweitzer, M., & Smith, P. (2014, June). *Assessing the influence of probation officer fidelity to MI and CBT skills on offender recidivism: A quasi-experimental evaluation.* Presented at the annual meeting of the International Conference on Motivational Interviewing in Amsterdam, Netherlands.

Labrecque, R. M., Schweitzer, M., Luther, J., & Smith, P. (2014, February). *The fourth dimension of the risk-need-responsivity model: The importance of the fidelity principle.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Philadelphia, PA.

Labrecque, R. M., Schweitzer, M., & Smith, P. (2013, November). *Does coaching matter?: An 18-month evaluation of the EPICS model.* Presented at the annual meeting of the American Society of Criminology in Atlanta, GA.

Schweitzer, M., Labrecque, R. M., Smith, P., & Latessa, E. J. (2013, November). Evidence-based practices in community supervision: Does offender risk matter? Presented at the annual meeting of the American Society of Criminology in Atlanta, GA.

Labrecque, R. M. (2013, October). *Appraising the 200-year debate: A meta-analysis on the effects of segregated confinement.* Poster paper presented at the annual meeting of the Australian and New Zealand Society of Criminology in Brisbane, Australia.

Labrecque, R. M., Smith, P., & Gendreau, P. (2013, March). *The effects of solitary confinement on prisoners in custodial settings: A meta-analysis.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Dallas, TX.

Schweitzer, M., Labrecque, R. M., Smith, P., & Latessa, E. J. (2013, March). *Exploring contexts: Incorporating the principles of effective intervention into community supervision.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in Dallas, TX.

Labrecque, R. M., Smith, P., & Wooldredge, J. (2012, November). *Creation and validation of the Inmate Risk Assessment for Violent Victimization (IRAVV).* Presented at the annual meeting of the American Society of Criminology in Chicago, IL.

Labrecque, R. M., Schweitzer, M., & Smith, P. (2012, March). *Exploring the perceptions of the offender-officer relationship in a community supervision setting.* Presented at the annual meeting of the Academy of Criminal Justice Sciences in New York, NY.

## OTHER CONFERENCE PARTICIPATION

| | |
|---|---|
| 2018 | Panel Chair, *Corrections: Emerging issues in institutional corrections*, Chaired at the annual meeting of the Academy of Criminal Justice Sciences in New Orleans, LA. |
| 2015 | Doctoral Student Summit Participant, Academy of Criminal Justice Sciences, Participated at the annual meeting of the Academy of Criminal Justice Sciences in Orlando, FL. |
| 2014 | Panel Chair, *Testing the treatment principle in community supervision: Treatment effects on recidivism*, Chaired at the annual meeting of the Academy of Criminal Justice Sciences in Philadelphia, PA. |
| 2014 | Panel Chair, *Juvenile justice reinvestment strategies: Evaluating the Targeted RECLAIM program in Ohio*, Chaired at the annual meeting of the American Society of Criminology in San Francisco, CA, 2014. |

## RESOURCES FOR PRACTITIONERS

| | |
|---|---|
| 2020 | Inmate Risk Assessment for Perpetration (IRAP). |
| 2020 | Inmate Risk Assessment for Victimization (IRAV). |
| 2019 | Public Safety Checklist-Revised (PSC-R). Co-developed with Kris Henning. |
| 2017 | Inmate Risk Assessment for Segregation Placement (RASP). Co-developed with Paula Smith. |
| 2017 | Organizational Risk Assessment for Counterfeiting (ORAC). Co-developed with Jay Kennedy and Jeremy Wilson. |
| 2014 | Inmate Risk Assessment for Violent Nonsexual Victimization (RVNSV). Co-developed with Paula Smith and John Wooldredge. |

## CERTIFICATES AND SPECIALIZED TRAINING

**Psychometric Assessments**

Level of Service Inventory – Revised (LSI-R)

Level of Service/Case Management Inventory (LS/CMI)
Ohio Risk Assessment System (ORAS)
Ohio Youth Assessment System (OYAS)
Static-99R (training by Dana Anderson, Ph.D.)
Stable-2007/Acute-2007 (training by Dana Anderson, Ph.D.)

**Treatment Models and Clinical Skills**

Thinking for a Change Advanced Practicum (training by Juliana Taymans, Ph.D.)
Thinking for a Change Curriculum (training by the National Institute of Corrections)
MI-Consistent Practices in Research and Practice Settings (training by William R. Miller, Ph.D.
    and Theresa Moyers, Ph.D.)

**Program Evaluation**

Evidence-Based Correctional Program Checklist (CPC)

**Advanced Statistical Trainings**

Hierarchical linear models I: An introduction (2016 ICPSR training by Aline Sayer, Ph.D. and
    Holly Laws, Ph.D.)
Event history and survival analysis (2014 Statistical Horizons training by Paul D. Allison, Ph.D.)
Causal inference in the social sciences: Matching, propensity scores, and other strategies (2013
    ICPSR training by Dominik Hangartner, Ph.D. and Marco Steenbergen, Ph.D.)

**Grant Writing Workshops**

Planning and writing successful grant proposals (2018 seminar by Peg AtKisson, Ph.D.)
Writing winning grant proposals (2014 seminar by John D. Robertson, Ph.D.)

TEACHING EXPERIENCE

**University of Central Florida**

| CCJ 6718 | Proseminar in Criminal Justice (graduate: on-line) |
| CCJ 4746 | Data Analysis for Criminal Justice (undergraduate: in-person and mixed-mode) |

**Portland State University**

| CCJ 515 | Theories of Crime and Justice (graduate: in-person) |
| CCJ 506 | Independent Project: EPICS (graduate: in-person) |
| CCJ 240 | Punishment and Corrections (undergraduate: in-person, on-line, and mixed-mode) |
| CCJ 340 | Crime Analysis (undergraduate: in-person) |
| CCJ 410 | Offender Rehabilitation (undergraduate: in-person and on-line) |
| CCJ 415 | Counseling Skills for Criminal Justice (undergraduate: in-person) |

**Andover College**

| CJ 101 | Introduction to the Criminal Justice System (undergraduate: in-person) |
| CJ 130 | Introduction to Corrections (undergraduate: in-person) |
| CJ 210 | Criminal Investigations (undergraduate: in-person) |
| CJ 211 | Police Operations (undergraduate: in-person) |
| CJ 227 | Criminal Procedure (undergraduate: in-person) |

**Student committees—Doctoral**

| 2020 | External Member, Nick Chadwick, *Examining trajectories of change on risk and protective factors among men offenders on community supervision*, Carleton University, Department of Psychology. |
| 2019 | External Member, Angela Smeth, *Validating the Structured Dynamic Assessment Case Management 21-item (SDAC-21) in a sample of incarcerated offenders,* Carleton University, Department of Psychology. |

**Student committees—Masters**

| 2019 | Committee Member, Alicia McKay, *An evaluation of Clackamas County's Transition Center using propensity score modeling*, Portland State University, Department of Criminology and Criminal Justice. |
| 2019 | Committee Member, Bryce Barthuly, *Spatial analysis of burglary and robbery crime concentration near mass-transit in Portland*, Portland State University, Department of Criminology and Criminal Justice. |
| 2018 | Committee Chair, Kayla LaBranche, *The influence of information on public support for solitary confinement*, Portland State University, Department of Criminology and Criminal Justice. |
| 2018 | Committee Chair, Makenzie Aaby, *An assessment of sentence disparities among American Indians within the 8th, 9th, and 10th Federal Circuit Courts*, Portland State University, Department of Criminology and Criminal Justice. |
| 2017 | Committee Chair, Megan King, *Revisiting the Walpole Prison Solitary Confinement Study: A content analysis of the studies citing Grassian (1983)*, Portland State University, Department of Criminology and Criminal Justice. |

## PROFESSIONAL SERVICE

**Editorial Board Member**

| 2021-present | Associate Editor, *Corrections: Policy, Practice and Research.* |

| 2020-present | Associate and Section Editor, Correctional Program Implementation and Policy Evaluation, *International Journal of Offender Therapy and Comparative Criminology.* |

## Professional Organizations

| 2022 | Topic Chair, *Community Corrections,* to be chaired at the annual meeting of the Academy of Criminal Justice Sciences in Las Vegas, NV. |
| 2020-2023 | Member, Public Policy Committee, Academy of Criminal Justice Sciences. |
| 2021 | Topic Chair, *Institutional Corrections,* Chaired at the annual meeting of the Academy of Criminal Justice Sciences in Orlando, FL. |
| 2020 | Member, Dissertation Scholarship Committee, American Society of Criminology Division on Corrections and Sentencing. |
| 2019-2022 | Executive Counselor, Academy of Criminal Justice Sciences, Corrections Section. |
| 2018 | Member, Practitioner Involvement/Research Award Committee, American Society of Criminology Division on Corrections and Sentencing. |

## Grant Proposal Reviewer

Bureau of Justice Assistance
National Institute of Justice
National Science Foundation (Field: Law and Social Sciences)
University of Cincinnati, Doctoral Student Research Grant Program (2017-2019)

## Ad Hoc Journal Reviewer

*American Journal of Criminal Justice*
*American Psychologist*
*Crime and Delinquency*
*Criminal Justice and Behavior*
*Criminal Justice Policy Review*
*Criminal Justice Review*
*Criminology and Public Policy*
*Feminist Criminology*
*Health and Justice*
*International Journal of Offender Therapy and Comparative Criminology*
*Journal of Crime and Justice*
*Journal of Criminal Justice*
*Journal of Experimental Criminology*
*Journal of Forensic Psychological Practice*
*Journal of Offender Rehabilitation*
*Journal of Research in Crime and Delinquency*
*Justice Quarterly*

*Psychology of Violence*
*Race and Justice*
*Security Journal*
*Social Science Research*
*Victims and Offenders*
*Violence and Victims*

**Book Proposal Reviewer**

*Macmillan International Higher Education*
*Policy Press*
*Oxford Research Encyclopedia of Criminology and Criminal Justice*
*Oxford University Press*
*Springer Nature*

**Community**

| | |
|---|---|
| 2020 | Media interview on correctional officers, WUCF Newsnight |
| 2018-present | Academic Advisor, Security Threat Management (STM) Initiative, Oregon Department of Corrections |
| 2018 | Media interview on prison classification, Associated Press |
| 2016 | Media interview on EPICS, Governing Magazine |
| 2016 | Media interview on probation, Portland Tribune |

**UNIVERSITY SERVICE**

**University of Central Florida**

*Department Level*

| | |
|---|---|
| 2020-present | Member, Ph.D. Methods and Statistics Qualifying/Proficiency Exam Committee, Department of Criminal Justice. |
| 2019-present | Member. Ph.D. Corrections Concentration Area Committee, Department of Criminal Justice. |

**Portland State University**

*University Level*

| | |
|---|---|
| 2018-2019 | Faculty Senator, Portland State University. |

*College Level*

| | |
|---|---|
| 2016-2017 | Curriculum Committee Member, College of Urban and Public Affairs. |

*Department Level*

| | |
|---|---|
| 2018-2019 | Faculty Representative for Alpha Phi Sigma, Criminal Justice Honor Society. |
| 2017-2019 | Undergraduate Studies Committee Member, Criminology and Criminal Justice. |
| 2015-2016 | Program Review Committee Member, Criminology and Criminal Justice. |
| 2015-2016 | Curriculum Committee Member, Criminology and Criminal Justice. |
| 2015-2016 | Faculty Search Committee Member, Criminology and Criminal Justice. |

## PROFESSIONAL MEMBERSHIPS

Academy of Criminal Justice Sciences (ACJS)
    Corrections Section (CS)
American Society of Criminology (ASC)
    Division on Corrections and Sentencing (DCS)