# EXHIBIT 1



Andrea Costello <andrea@floridalegal.org>

## RE: G.H., et al. v. Tamayo, et al.
1 message

**Jon Trohn** <j.trohn@cttalaw.com>                                      Thu, Jun 24, 2021 at 11:44 AM
To: Andrea Costello <andrea@floridalegal.org>
Cc: Jenn Vasquez <j.vasquez@cttalaw.com>, Barbara Davis <b.davis@cttalaw.com>, Patricia Gerlach <p.gerlach@cttalaw.com>, Rachel Ortiz <rachel.ortiz@floridalegal.org>, Laura Ferro <lferro@floridajusticeinstitute.org>, "Leonard J. Laurenceau" <leo.laurenceau@splcenter.org>

Yes, and get consent.

This is not meant to be an exhaustive list of our potential objections.   I also don't think  Rule 34 authorizes interviews, for example.  It's just a vehicle for inspecting the premises.

Jonathan B. Trohn

Board Certified Civil Trial Attorney

Campbell, Trohn, Tamayo & Aranda, P.A.

1701 S. Fla. Ave.

Lakeland, Florida 33803

863 686-0043

**From:** Andrea Costello [mailto:andrea@floridalegal.org]
**Sent:** Thursday, June 24, 2021 11:27 AM
**To:** Jon Trohn <j.trohn@cttalaw.com>
**Cc:** Jenn Vasquez <j.vasquez@cttalaw.com>; Barbara Davis <b.davis@cttalaw.com>; Patricia Gerlach <p.gerlach@cttalaw.com>; Rachel Ortiz <rachel.ortiz@floridalegal.org>; Laura Ferro <lferro@floridajusticeinstitute.org>; Leonard J. Laurenceau <leo.laurenceau@splcenter.org>
**Subject:** Re: G.H., et al. v. Tamayo, et al.

To answer your question, with regard to Plaintiffs' non-mental health experts, they would opine on issues similar to Mr. Hough and would interview children about conditions of confinement to assist in their opinions. They do not have any mental health training.

Do Defendants also maintain that interviews by such a non-mental health expert must be attended and recorded by your experts and lawyers?

Andrea Costello

Director, Institutional Legal Services Project

Florida Legal Services

Mailing Address:

P.O. Box 533986

Orlando, FL 32853

(407) 801-0332 (direct)

(407) 505-7327 (fax)


Help us achieve our vision of a Florida with Justice for All by donating securely at: https://www.floridalegal.org/donate


On Thu, Jun 24, 2021 at 10:44 AM Jon Trohn <j.trohn@cttalaw.com> wrote:

> I thought you were talking about Dr. Haney or Dr. Kraus interviewing the minors.  So, when this came up last time, Judge Walker was going to allow us to monitor.  I did ask that an attorney and our expert (Dr. Penn)  be permitted to observe and record, after appropriate consents are obtained.   I don't know if that ever made it into an order because the whole thing was withdrawn, but that is what I'd want if you are heading that way again.
>
> And, regarding the non-mental health-expert person, I am not sure who that is or what that person would be doing.   I still maintain that parental consent would be required to meet with an attorney ( or an agent of the attorney), before somehow involving  a kid in this litigation.
>
> Hope this answered your questions.  Thanks,  Jon
>
>
> Jonathan B. Trohn
>
> Board Certified Civil Trial Attorney
>
> Campbell, Trohn, Tamayo & Aranda, P.A.
>
> 1701 S. Fla. Ave.
>
> Lakeland, Florida 33803
>
> 863 686-0043

**From:** Andrea Costello [mailto:andrea@floridalegal.org]
**Sent:** Thursday, June 24, 2021 9:59 AM
**To:** Jon Trohn <j.trohn@cttalaw.com>
**Cc:** Jenn Vasquez <j.vasquez@cttalaw.com>; Barbara Davis <b.davis@cttalaw.com>; Patricia Gerlach <p.gerlach@cttalaw.com>; Rachel Ortiz <rachel.ortiz@floridalegal.org>; Laura Ferro <lferro@floridajusticeinstitute.org>; Leonard J. Laurenceau <leo.laurenceau@splcenter.org>
**Subject:** Re: G.H., et al. v. Tamayo, et al.


Thanks, Jon. Just a few clarifying questions.

You mention "experts" below monitoring the interviews. Your position was previously that Defendants wanted Dr. Penn to monitor any interviews by Plaintiffs' mental health experts. Which experts are Defendants asserting should monitor which interviews?

Defendants previous position was that your attorneys also had to be physically present during any youth interviews by Plaintiffs' experts. Is that still the case?

Also, are Defendants requiring parental/guardian consent and recording for youth interviews by Plaintiffs' non-mental health experts? Your email is framed as mental health related.


Thank you,

Andrea


Andrea Costello

Director, Institutional Legal Services Project

Florida Legal Services

Mailing Address:

P.O. Box 533986

Orlando, FL 32853

(407) 801-0332 (direct)

(407) 505-7327 (fax)


Help us achieve our vision of a Florida with Justice for All by donating securely at: https://www.floridalegal.org/donate


On Thu, Jun 24, 2021 at 9:47 AM Jon Trohn <j.trohn@cttalaw.com> wrote:

> Hi Andrea. I had said that our position hasn't changed on the expert evaluations, and to answer the specific

question below, no that wouldn't change if they were audio recorded. I think that any mental health evaluation of a minor by one of your experts requires a full, informed consent from a parent. And, once consents are obtained, our experts would monitor and record the evaluation.

Thanks, Jon

Jonathan B. Trohn

Board Certified Civil Trial Attorney

Campbell, Trohn, Tamayo & Aranda, P.A.

1701 S. Fla. Ave.

Lakeland, Florida 33803

863 686-0043

**From:** Andrea Costello [mailto:andrea@floridalegal.org]
**Sent:** Wednesday, June 23, 2021 6:16 PM
**To:** Jon Trohn <j.trohn@cttalaw.com>
**Cc:** Jenn Vasquez <j.vasquez@cttalaw.com>; Barbara Davis <b.davis@cttalaw.com>; Patricia Gerlach <p.gerlach@cttalaw.com>; Rachel Ortiz <rachel.ortiz@floridalegal.org>; Laura Ferro <lferro@floridajusticeinstitute.org>; Leonard J. Laurenceau <leo.laurenceau@splcenter.org>
**Subject:** Re: G.H., et al. v. Tamayo, et al.

Dear Counsel:

I do not recall seeing an email response back from you to our email from June 7 below. If you did send it, can you please forward? If not, please let us know your position and if a discussion would be helpful.

Thank you,

Andrea

Andrea Costello

Director, Institutional Legal Services Project

Florida Legal Services

Mailing Address:

P.O. Box 533986

Orlando, FL 32853

(407) 801-0332 (direct)

(407) 505-7327 (fax)

Help us achieve our vision of a Florida with Justice for All by donating securely at: https://www.floridalegal.org/donate

On Mon, Jun 7, 2021 at 6:01 PM Andrea Costello <andrea@floridalegal.org> wrote:

> Please let us know if Defendants' position changes if Plaintiffs agreed to audio record any interviews with youth by our experts. Any such audio recording could be requested with the stated reasons it is needed and if Plaintiffs denied the request, Defendants could move to compel this information and request that the Court do an in camera review.
>
> Andrea Costello
>
> Director, Institutional Legal Services Project
>
> Florida Legal Services
>
> Mailing Address:
>
> P.O. Box 533986
>
> Orlando, FL 32853
>
> (407) 801-0332 (direct)
>
> (407) 505-7327 (fax)
>
> Help us achieve our vision of a Florida with Justice for All by donating securely at: https://www.floridalegal.org/donate
>
> On Fri, Jun 4, 2021 at 5:59 PM Jon Trohn <j.trohn@cttalaw.com> wrote:
>
>> Hey Andrea. Yes, I'll maintain the same position on that. I'm going to be out until Friday next week, and avoiding my e mails, but if you need to discuss just let Jenn know and I'll call you. Thanks.
>>
>> Sent from my iPhone
>>
>>> On Jun 4, 2021, at 4:31 PM, Andrea Costello <andrea@floridalegal.org> wrote:

Dear Jon,

Can you please let us know if Defendants will permit Plaintiffs' experts to conduct confidential interviews with youth in secure detention if the Court certifies the class? If so, please advise if Defendants intend to impose any conditions for these interviews such as parental/guardian consent, recording, or attendance by Defendants' counsel and your expert(s) and the legal basis for that after class certification.

Given the expert deadlines in this case, we need to know this by Friday, June 11, 2021, in case judicial intervention is necessary. We are available if there is anything you would like to discuss related to this issue.

Thank you,

Andrea

Andrea Costello

Director, Institutional Legal Services Project

Florida Legal Services

Mailing Address:

P.O. Box 533986

Orlando, FL 32853

(407) 801-0332 (direct)

(407) 505-7327 (fax)

Help us achieve our vision of a Florida with Justice for All by donating securely at: https://www.floridalegal.org/donate