UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

G.H., *et al.*,

        Plaintiffs,

v.

DEPARTMENT OF JUVENILE
JUSTICE and SECRETARY OF
THE DEPARTMENT OF
JUVENILE JUSTICE,

        Defendants.
_____

Case No.: 4:19-cv-431-MW/MJF

## MOTION FOR LEAVE BY RACHEL ORTIZ TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFFS

The undersigned co-counsel for Plaintiffs in this action, Rachel Ortiz, respectfully moves this Court under N.D. Local Rule 11.1(H) for an Order permitting her to withdraw as an attorney for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in this case. In support of this motion, undersigned counsel states:

    1.    I will no longer be working on this litigation as a staff attorney at Florida Legal Services.

    2.    Plaintiffs and the class will continue to be well-represented in this case by lead and co-counsel from Florida Legal Services; co-counsel from

Southern Poverty Law Center; and co-counsel from the Florida Justice Institute who will remain counsel for Plaintiffs and the class in this action.

3. Counsel for Plaintiffs provided all Plaintiffs with the notice required under Local Rule 11.1(H)(2). Plaintiffs consent to the withdrawal.

WHEREFORE, the undersigned counsel, Rachel Ortiz, respectfully requests that this Court enter an Order withdrawing her as counsel for the named Plaintiffs and directing the Clerk of the Court to delete her from receiving CM/ECF filings in this case.

Dated: July 11, 2022	Respectfully Submitted,

/s/ *Rachel M. Ortiz*
Rachel M. Ortiz
Fla. Bar No. 0083842
Florida Legal Services, Inc.
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
(407) 801-4709
rachel.ortiz@floridalegal.org