UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

G.H., *et al.*,

        Plaintiffs,

v.

DEPARTMENT OF JUVENILE
JUSTICE and SECRETARY OF
THE DEPARTMENT OF
JUVENILE JUSTICE,

        Defendants.

_____

Case No.: 4:19-cv-431-RH/MJF

### **NOTICE OF APPEARANCE AS CO-COUNSEL FOR REBECCA KLONEL**

PLEASE TAKE NOTICE that the undersigned counsel, Rebecca Klonel, hereby appears in this action as co-counsel of record for the named Plaintiffs, G.H., R.L., and the class. Undersigned counsel respectfully requests inclusion on the party's service list in this matter.

Dated: July 13, 2022

Respectfully submitted,

By: ___s/ Rebecca Klonel___
Rebecca Klonel
Fla Bar No. 1028003
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
rebecca.klonel@floridalegal.org

2

**Attorney for Plaintiffs**

**Attorney for Plaintiffs**