UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

G.H., *et al*.,

          Plaintiffs,

v.

          Case No.: 4:19-cv-431-RH/MJF

DEPARTMENT OF JUVENILE
JUSTICE and SECRETARY OF
THE DEPARTMENT OF
JUVENILE JUSTICE,

          Defendants.

_____

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiffs R.L. and G.H., and Defendants Florida Department of Juvenile Justice ("DJJ") and DJJ Secretary Eric Hall, hereby jointly stipulate and agree that this action shall be dismissed with prejudice. The parties further stipulate and agree that each party shall bear their own costs and expenses, including attorneys' fees.

Dated: September 7, 2022          Respectfully submitted,

| | |
|---|---|
| s/ Andrea Costello | s/ Jonathan B. Trohn |
| Andrea Costello | Jonathan B. Trohn |
| Fla. Bar No. 532991 | Fla. Bar No. 0880558 |
| Christopher M. Jones | j.trohn@cttalaw.com |
| Fla. Bar No. 994642 | Hank B. Campbell |
| Rebecca Klonel | Fla. Bar No. 434515 |

Fla. Bar No. 1028003
Florida Legal Services
122 E. Colonial Drive, Suite 100
Orlando, FL 32801
Telephone: (407) 801-0332 (direct)
andrea@floridalegal.org
christopher@floridalegal.org
Rebecca@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Kara Sheli Wallis
Fla. Bar No. 1028563
Florida Justice Institute
PO Box 370747
Miami, FL 33137
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
kwallis@floridajusticeinstitute.org

Kelly Knapp
Fla. Bar No. 1011018
Southern Poverty Law Center
2 S. Biscayne Blvd., Suite 3750
Miami, FL 33131
Telephone: (786) 347-2056
kelly.knapp@splcenter.org

Ashley N. Light (pro hac vice)
Al. Bar No. 1059F69L
Southern Poverty law Center
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 746.1530
Ashley.Light@splcenter.org

Emma Lee Douglas (pro hac vice)
La. Bar No. 39076
Southern Poverty Law Center

h.campbell@cttalaw.com
Robert Aranda
Fla. Bar No. 988324
r.aranda@cttalaw.com
John Marc Tamayo
Fla. Bar No. 30910
j.tamayo@cttalaw.com
Barbara Davis
Fla. Bar No. 976301
b.davis @cttalaw.com
Jennifer Vasquez
Fla. Bar. No. 71942
j.vasquez@cttalaw.com

Campbell Trohn Tamayo
& Aranda, P.A.
1701 S. Florida Avenue
Lakeland FL 33803
(863) 686-0043 (phone)
(863) 616-1445 (fax)
**Attorneys for Defendants**

201 St. Charles Ave., Suite 2000
New Orleans, LA 70170
Telephone: (504) 377-6086
Emma.Douglas@splcenter.org

Leslie Faith Jones (pro hac vice)
Miss. Bar No. 106092
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
leslie.jones@splcenter.org

**Attorneys for Plaintiffs**