**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

G.H. and R.L.,

      Plaintiffs,

v.                                                  CASE NO. 4:19cv431-RH-MJF

DEPARTMENT OF JUVENILE
JUSTICE and SECRETARY OF
THE DEPARTMENT OF
JUVENILE JUSTICE,

      Defendants.

_____/

**ORDER DIRECTING THE ENTRY OF**
**JUDGMENT AND CLOSING THE FILE**

The defendants and the two remaining plaintiffs, G.H. and R.L., have filed a

stipulation for dismissal with prejudice. ECF No. 290. An earlier order dismissed

the claims of a third plaintiff, B.W., without prejudice. ECF No. 145. Accordingly,

IT IS ORDERED:

1. The clerk must enter judgment stating, "The claims of the plaintiffs G.H.

and R.L. are dismissed with prejudice. The claims of the plaintiff B.W. are

dismissed without prejudice."

      2. The clerk must close the file.

      SO ORDERED on September 8, 2022.

s/Robert L. Hinkle
United States District Judge